1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON (174882)
2  frankj@johnsonbottini.com
   FRANCIS A. BOTTINI, JR. (175783)
3  frankb@johnsonbottini.com
   DEREK J. WILSON (250309)
4  derekw@johnsonbottini.com
   655 W. Broadway, Suite 1400
5  San Diego, CA 92101
   Telephone: (619) 230-0063
6  Facsimile:  (619) 233-5535

7  Attorneys for Plaintiff

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | MARY E. BARBOUR, AS TRUSTEE OF          ) Case No.
   | THE MARY E. BARBOUR FAMILY              )
12 | TRUST ONE, Derivatively On Behalf of    ) (Derivative Action)
   | BROCADE COMMUNICATIONS                  )
13 | SYSTEMS, INC.,                          ) CERTIFICATION OF INTERESTED
   |                                         ) ENTITIES OR PERSONS
14 |                Plaintiff,                )
   |                                         )
15 |     vs.                                 )
   | GREGORY L. REYES, DAVID L. HOUSE,       )
16 | MICHAEL KLAYKO, RICHARD                 )
   | DERANLEAU, KUMAR MALAVALLI,             )
17 | ANTONIO CANOVA, MICHAEL J. BYRD,        )
   | STEPHANIE JENSEN, NEIL DEMPSEY,         )
18 | SANJAY VASWANI, L. WILLIAM              )
   | KRAUSE, ROBERT R. WALKER, GLENN         )
19 | C. JONES, MICHAEL J. ROSE, SETH D.      )
   | NEIMAN, NICHOLAS G. MOORE,              )
20 | CHRISTOPHER B. PAISLEY, WILLIAM K.      )
   | O'BRIEN, LARRY SONSINI, MARK            )
21 | LESLIE, TYLER WALL, RENATO A.           )
   | DIPENTIMA, JOHN W. GERDELMAN,           )
22 | KPMG, LLP, WILSON SONSINI               )
   | GOODRICH & ROSATI, P.C. AND DOES        )
23 | 1-25, inclusive,                        )
   |                                         )
24 |                                         )
   |                Defendants,              )
25 |                                         )
   |     -and-                               )
26 |                                         )
   | BROCADE COMMUNICATIONS                  )
27 | SYSTEMS, INC., a Delaware corporation,  )
   |                                         )
28 |                                         )
   |             Nominal Defendant.          ) DEMAND FOR JURY TRIAL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA AND ALL PARTIES AND COUNSEL OF RECORD:

3     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
4  the named parties, there is no such interest to report.

5  DATED: April 18, 2008

                           /s/ Francis A. Bottini, Jr.
6                             FRANCIS A. BOTTINI, JR.

7  JOHNSON BOTTINI, LLP
   FRANCIS A. BOTTINI, JR.
8  DEREK J. WILSON
   655 West Broadway, Suite 1400
9  San Diego, California 92101
   Telephone: 619/230-0063
10 Facsimile: 619/233-5535

11 Attorneys for Plaintiff Mary E. Barbour, as Trustee
    of the Mary E. Barbour Family Trust One

- 1 -