```
 1  JOHNSON BOTTINI, LLP
    FRANK J. JOHNSON (174882)
 2  frankj@johnsonbottini.com
    FRANCIS A. BOTTINI, JR. (175783)
 3  frankb@johnsonbottini.com
    DEREK J. WILSON (250309)
 4  derekw@johnsonbottini.com
    655 W. Broadway, Suite 1400
 5  San Diego, CA 92101
    Telephone: (619) 230-0063
 6  Facsimile:  (619) 233-5535

 7  Attorneys for Plaintiff

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11  MARY E. BARBOUR, AS TRUSTEE OF     )  Case No. CV-08 2029
    THE MARY E. BARBOUR FAMILY         )
12  TRUST ONE, Derivatively On Behalf of )  (Derivative Action)
    BROCADE COMMUNICATIONS             )
13  SYSTEMS, INC.,                     )  NOTICE OF RELATED CASES
                                       )
14              Plaintiff,             )
                                       )
15       vs.                           )
    GREGORY L. REYES, DAVID L. HOUSE,  )
16  MICHAEL KLAYKO, RICHARD            )
    DERANLEAU, KUMAR MALAVALLI,        )
17  ANTONIO CANOVA, MICHAEL J. BYRD,   )
    STEPHANIE JENSEN, NEIL DEMPSEY,    )
18  SANJAY VASWANI, L. WILLIAM         )
    KRAUSE, ROBERT R. WALKER, GLENN    )
19  C. JONES, MICHAEL J. ROSE, SETH D. )
    NEIMAN, NICHOLAS G. MOORE,         )
20  CHRISTOPHER B. PAISLEY, WILLIAM K. )
    O'BRIEN, LARRY SONSINI, MARK       )
21  LESLIE, TYLER WALL, RENATO A.      )
    DIPENTIMA, JOHN W. GERDELMAN,      )
22  KPMG, LLP, WILSON SONSINI          )
    GOODRICH & ROSATI, P.C. AND DOES   )
23  1-25, inclusive,                   )
                                       )
24              Defendants,            )
                                       )
25       -and-                         )
                                       )
26  BROCADE COMMUNICATIONS             )
    SYSTEMS, INC., a Delaware corporation, )
27                                     )
28              Nominal Defendant.     )  DEMAND FOR JURY TRIAL
```

NOTICE OF RELATED CASES

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA AND ALL PARTIES AND COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE that, pursuant to Civil L.R. 3-12, Plaintiff Mary E. Barbour, as
4  trustee of the Mary E. Barbour Family Trust One, by and through her attorneys, hereby inform the
5  Court and the parties that the above captioned case is related to the cases of *Smajlaj v. Brocade*
6  *Communications Systems Inc., et al.*, No. C 05-02042 CRB and *In re Brocade Communications*
7  *Systems, Inc. Derivative Litigation* Case No. C 05-02233 CRB.

8  Local Rule 3-12(a) defines a case related to another when "(1) The actions concern
9  substantially the same parties, property, transaction or event; and (2) It appears likely that there will
10 be an unduly burdensome duplication of labor and expense or conflicting results if the cases are
11 conducted before different judges."

12 Plaintiff Barbour's case is related to the previously-filed cases indicated above, both of which
13 are pending before the Honorable Charles R. Breyer, because all three cases involve some common
14 defendants, and involve stock options "backdating" at Brocade Communications Systems, Inc. All
15 three cases contain one or more common factual issues and will involve related discovery.

16 DATED: April 18, 2008

17                                          /s/ FRANCIS A. BOTTINI, JR.

18  JOHNSON BOTTINI, LLP
    FRANCIS A. BOTTINI, JR.
19  FRANK J. JOHNSON
    DEREK J. WILSON
20  655 West Broadway, Suite 1400
    San Diego, California 92101
21  Telephone: 619/230-0063
    Facsimile: 619/233-5535
22
    Attorneys for Plaintiff Mary E. Barbour, as Trustee
23  of the Mary E. Barbour Family Trust One

- 1 -
NOTICE OF RELATED CASES