E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

JSW

| Mary E. Barbour, Trustee | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08 2029 |
| Gregory L. Reyes, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: Multiple defendants, see attachment
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

HELEN L. ALMACEN

Date: APR 18 2008
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                _____
                                                                 Server's signature

                                                _____
                                                                 Printed name and title

                                                _____
                                                                  Server's address

# ATTACHMENT 1

**Named Defendants in Mary E. Barbour v. Gregory Reyes, et al.**

Gregory L. Reyes

David L. House

Michael Klayko

Richard Deranleau

Kumar Malavalli

Antonio Canova

Michael J. Byrd

Stephanie Jensen

Neil Dempsey

Sanjay Vaswani

L. William Krause

Robert R. Walker

Glenn C. Jones

Michael J. Rose

Seth D. Neiman

Nicholas G. Moore

Christopher B. Paisley

William K. O'Brien

Larry Sonsini

Mark Leslie

Tyler Wall

Renato A. Dipentima

John W. Gerdelman

KPMG, LLP

Wilson Sonsini Goodrich & Rosati, P.C.