1
2
3
4
5
6
7
8
9

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No.: C 05-02233 CRB<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12 (b) |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)

1  Plaintiff Mary E. Barbour, as Trustee for the Mary E. Barbour Family Trust
2  One, has moved for consideration of whether *Mary E. Barbour as Trustee for the
3  Mary E. Barbour Family Trust One v. Gregory L. Reyes,* Case No. CV08-2029-
4  JSW, filed on April 18, 2008, is related to the cases of *In re Brocade
5  Communications Sys., Inc. Derivative Litig.*, Case No. CV 05-02233-CRB and *In
6  re Brocade Communications Systems, Inc. Sec. Litig.*, Case No. CV 05-02042-
7  CRB.

8  Pursuant to Civil L.R. 3-12, the Court finds that the cases are related. They involve similar parties and events. Plaintiff Barbour's Complaint is a shareholder derivative complaint on behalf of nominal defendant Brocade Communications Systems, Inc. and contains causes of action relating to the stock options backdating activity which forms the basis of Case No. CV 05-02233-CRB and Case No. CV 05-02042-CRB. While there are different causes of action, claims and parties in the related cases, and while Case No. CV05-02042-CRB is a securities fraud class action case and the other cases are shareholder derivative actions, the Complaints contain similar factual allegations. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if these cases are conducted before different judges. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. However, since the *Barbour* action alleges demand futility and the currently pending derivative cases have conceded demand and since

- 1 -
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)

there is no operative complaint in Case No. 05-02233, the *Barbour* action is not consolidated into Case No. 05-02233.

Plaintiff Barbour's case is ordered transferred to this Court.

IT IS SO ORDERED.

DATED: May 27, 2008



_____
UNITED STATES DISTRICT COURT JUDGE
Judge Charles R. Breyer

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)