COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE OF THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive,<br><br>Defendants.<br><br>- and-<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. C 08-02029 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 6, 2008 STATUS CONFERENCE TO JUNE 12, 2008 |

1.

1  WHEREAS, this shareholder derivative action concerning Brocade's historical stock option granting practices was filed on April 15, 2008;

2  WHEREAS, the case calendar does not reflect a status conference/CMC in this action on June 6, 2008;

3  WHEREAS, at the April 25, 2008 hearing, the parties believe the Court ordered a status conference/CMC in this action on June 6, 2008 at 8:30 a.m.; moreover, whereas before this action was transferred to this Court, Judge White had set a Case Management Conference in this action for August 15, 2008;

4  WHEREAS, on May 27, 2008, the Court entered an Order relating, but not consolidating, this action to the previously consolidated shareholder derivative action, *In re Brocade Communications Systems, Inc.*, Case No. 3:05-CV-02233 CRB (the "Consolidated Action");

5  WHEREAS, the Case Management Conference in the Consolidated Action previously set for June 6, 2008 has been continued to June 12, 2008 at 1:30 p.m.;

6  WHEREAS, Plaintiff and nominal defendant Brocade Communications Systems, Inc. ("Brocade") believe it is most efficient and in the best interests of the parties and the Court to coordinate the case management conference dates for this action and the Consolidated Action;

NOW, THEREFORE, the Plaintiff and Brocade hereby stipulate as follows:

1. The status conference/CMC currently scheduled for June 6, 2008, shall be rescheduled to 1:30 p.m. on June 12, 2008, the same date as the Case Management Conference in the Consolidated Action, with the case management statement to be filed by June 6, 2008.

Dated: June 5, 2008

JOHNSON BOTTINI LLP

/s/
———————————————
Francis A. Bottini, Jr.

Counsel for Plaintiffs

2.

774466 v3/PA

STIPULATION & [PROPOSED] ORDER TO
RESCHEDULE CASE MANAGEMENT CONF.
CASE NO. 3:08-CV-02029 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dated: June 5, 2008

COOLEY GODWARD KRONISH LLP

/s/
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS SYSTEMS, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Grant P. Fondo, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2008, at Palo Alto, California.

/s/
Grant P. Fondo

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1. The status conference/CMC scheduled for June 6, 2008, shall be rescheduled to 1:30 p.m. on June 12, 2008, and the case management statement shall be filed by June 6, 2008.

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

774466 v3/PA

3.

STIPULATION & [PROPOSED] ORDER TO
RESCHEDULE CASE MANAGEMENT CONF.
CASE NO. 3:08-CV-02029 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO