| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2495358 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARY E. BARBOUR, etc., et al.

Defendant:
GREGORY L. REYES, et al. (BROCADE)

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2029 JSW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On April 21, 2008, I served the within:

(1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

>MICHAEL J. BYRD
>14858 Gypsy Hill Road #202
>Saratoga, California 95070-6151

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 21, 2008         Signature: _____
                                         Edwina Galvan


Printed on recycled paper

Judicial Council form, rule 982(a) (23)

| | | |
|---|---|---|
| **Attorney Or Party Without Attorney** (Name and Address)<br>FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301<br>Attorneys for: PLAINTIFFS | Telephone:<br>(619) 230-0063<br><br>Ref. No. Or File No.<br>W2495358 | FOR COURT USE ONLY |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARY E. BARBOUR, etc., et al.

Defendant:
GREGORY L. REYES, et al. (BROCADE)

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2029 JSW |
|---|---|---|---|---|

I, Shari Mckee, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: (1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : MICHAEL J. BYRD

By Serving          : KATE BYRD, Wife

Address             : 14858 Gypsy Hill Road #202, Saratoga, California 95070-6151
Date & Time         : Monday, April 21, 2008 @ 7:47 p.m.
Witness fees were   : Not applicable.

Person serving:
Shari Mckee
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: ~~752~~ 903
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 21, 2008                                Signature: _____
                                                              Shari Mckee

