| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| | Ref. No. Or File No.<br>W2495375 | |
| Attorneys for: PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>MARY E. BARBOUR, etc., et al. | | |
| Defendant:<br>GREGORY L. REYES, et al. (BROCADE) | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2029 JSW |
|---|---|---|---|---|

I, Michael Glinski, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: (1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : RENATO A. DIPENTIMA

By Serving          : RENATO A. DIPENTIMA

Address             : 411 N New River Dr E Apt 2701, Fort Lauderdale, Florida 33301-3182
Date & Time         : Saturday, April 19, 2008 @ 11:55 a.m.
Witness fees were   : Not applicable.

Person serving:
Michael Glinski
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Date: April 21, 2008                    Signature: _Michael Glinski_
                                                   Michael Glinski

