| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California  92101-3301 | | (619) 230-0063 | |
| | | Ref. No. Or File No. | |
| Attorneys for:   PLAINTIFFS | | W2495359 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARY E. BARBOUR, etc., et al.

Defendant:
GREGORY L. REYES, et al. (BROCADE)

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2029 JSW |
|---|---|---|---|---|

I,  Victor Rzepka                  , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the:  (1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : STEPHANIE JENSEN

By Serving          : STEPHANIE JENSEN

Address              : 1996 Colleen Dr #105, Los Altos, California  94024-6909
Date & Time        : Tuesday, April 22, 2008 @ 7:00 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Victor Rzepka                            d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:  906
San Francisco, California  94105            (3) County:  Santa Clara
Phone: (415) 546-6000                       (4) Expires:  5/9/2002

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008                     Signature: _____

                                                        Victor Rzepka

