| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| | Ref. No. Or File No.<br>W2495368 | |
| Attorneys for: PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff:
MARY E. BARBOUR, etc., et al.

Defendant:
GREGORY L. REYES, et al. (BROCADE)

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2029 JSW |
|---|---|---|---|---|

I, Bret Mazzocco, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: (1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : SETH D. NEIMAN |
|---|---|
| By Serving | : YVONNE DEGGELMAN, Administrative Specialist |
| Address | : 2925 Woodside Road, Woodside, California 94062 |
| Date & Time | : Tuesday, April 22, 2008 @ 10:40 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Bret Mazzocco
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 246
   (3) County: San Mateo
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008                    Signature: _____
                                                  Bret Mazzocco


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| | Ref. No. Or File No.<br>W2495368 | |
| Attorneys for:  PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>MARY E. BARBOUR, etc., et al. | | |
| Defendant:<br>GREGORY L. REYES, et al. (BROCADE) | | |

| | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| **POS BY MAIL** | | | | CV 08 2029 JSW |

At the time of service I was at least 18 years of age and not a party to this action.
On April 22, 2008, I served the within :

(1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

SETH D. NEIMAN
2925 Woodside Road
Woodside, California 94062

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008          Signature: _____
                                                                Edwina Galvan



Judicial Council form, rule 982(a) (23)

FRANK A. BOTTINI, ESQ. (175783)
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, California 92101-3301
Telephone: (619) 230-0063
Attorneys for: PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s): MARY E. BARBOUR, etc., et al.
Defendant(s): GREGORY L. REYES, et al. (BROCADE)

Hearing Date:
Time:        Dept.

| Invoice No. W2495368 | DECLARATION RE DILIGENCE | Case No. CV 08 2029 JSW |

I Bret Mazzocco, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### SETH D. NEIMAN

(3) Alternate Address : ,
(2) Business Address : 2925 Woodside Road, Woodside, California 94062
(1) Residence Address : 2925 Woodside Road, Woodside, California 94062-2443

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 04/19/08 | 11:30 a.m. | Business closed. | 2 |
| 04/20/08 | 3:00 p.m. | Business open subject not available. | 2 |
| 04/21/08 | 12:00 p.m. | Business open subject not available. | 2 |
| 04/22/08 | 10:40 a.m. | Subserved YVONNE DEGGELMAN, Administrative Assistant. | 2 |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on April 23, 2008          Signature: _____
                                            Bret Mazzocco

WHEELS OF JUSTICE, INC., 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper