| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2495352 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
MARY E. BARBOUR, etc., et al.

Defendant:
GREGORY L. REYES, et al. (BROCADE)

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number: CV 08 2029 JSW |

I, Shari Mckee, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: (1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : GREGORY L. REYES

By Serving : DAVID POPSH, Co-occupant

Address : 21116 Comer Drive, Saratoga, California 95070-3755
Date & Time : Sunday, April 20, 2008 @ 4:16 p.m.
Witness fees were : Not applicable.

Person serving:
Shari Mckee
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 752 903
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 21, 2008              Signature: /s/ Shari Mckee
                                              Shari Mckee



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| FRANK A. BOTTINI, ESQ. (175783)<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, California 92101-3301 | (619) 230-0063 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2495352 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>MARY E. BARBOUR, etc., et al. | | |
| Defendant:<br>GREGORY L. REYES, et al. (BROCADE) | | |

| | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| **POS BY MAIL** | | | | CV 08 2029 JSW |

At the time of service I was at least 18 years of age and not a party to this action.
On April 21, 2008, I served the within:

(1) VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; (2) CIVIL CASE COVER SHEET (3) NOTICE OF RELATED CASES; (4) CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; AND (5) SUMMONS.(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

   GREGORY L. REYES
   21116 Comer Drive
   Saratoga, California 95070-3755

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 21, 2008              Signature: _____
                                              Edwina Galvan


Printed on recycled paper

Judicial Council form, rule 982(a) (23)

FRANK A. BOTTINI, ESQ. (175783)
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, California 92101-3301
Telephone: (619) 230-0063
Attorneys for: PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s): MARY E. BARBOUR, etc., et al.
Defendant(s): GREGORY L. REYES, et al. (BROCADE)

Hearing Date:
Time:    Dept.

Invoice No. W2495352    DECLARATION RE DILIGENCE    Case No. CV 08 2029 JSW

I Shari Mckee, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

GREGORY L. REYES

(3) Alternate Address : ,
(2) Business Address : Unknown,
(1) Residence Address : 21116 Comer Drive, Saratoga, California 95070-3755

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 04/18/08 | 7:50 p.m. | Subject not home out of town per "John Doe". | 1 |
| 04/19/08 | 5:00 p.m. | No answer | 1 |
| 04/20/08 | 4:16 p.m. | Subserved DAVID POPSH, Co-occupant. | 1 |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on April 21, 2008    Signature: _____
                                       Shari Mckee

WHEELS OF JUSTICE, INC., 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper