1  Stephen E. Taylor (State Bar No. 58452)
   Jessica L. Grant (State Bar No. 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, CA 94111
   Telephone: (415) 788-8200
4  Fascimile: (415) 788-8208
   E-mail: *staylor@tcolaw.com*
5  E-mail: *jgrant@colaw.com*

6  Evan R. Chesler
   CRAVATH, SWAINE & MOORE LLP
7  Worldwide Plaza
   825 Eighth Avenue
8  New York, NY 10019-7475
   Telephone: (212) 474-1000
9  Facsimile: (212) 474-3700
   E-mail: *echesler@cravath.com*
10
   Attorneys for Defendant
11 LARRY W. SONSINI

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16 | MARY E. BARBOUR, AS TRUSTEE      )
   | FOR THE MARY E. BARBOUR          )
17 | FAMILY TRUST ONE,                )  CASE NO.: CV-08-02029 (CRB)
   |                                  )
18 |         Plaintiff,               )
   |                                  )  **NOTICE OF ATTORNEY APPEARANCE**
19 | v.                               )
   |                                  )
20 | GREGORY L. REYES, ET AL.,        )
   |                                  )
21 |         Defendants.              )
   |                                  )
22

23 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE THAT Evan R. Chesler hereby appears as counsel for

25 defendant Larry W. Sonsini in this action and requests that a copy of all pleadings and papers be

26

NOTICE OF ATTORNEY APPEARANCE                              CASE NO.: CV-08-02029 (CRB)

served upon the undersigned as follows:

>Evan R. Chesler
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019-7475
>Telephone: (212) 474-1000
>Facsimile: (212) 474-3700

Dated: June 11, 2008              CRAVATH, SWAINE & MOORE LLP

                                  By:

                                  _____
                                          s/ Evan R. Chesler
                                            Evan R. Chesler

                                  CRAVATH, SWAINE & MOORE LLP
                                  Worldwide Plaza
                                     825 Eighth Avenue
                                      New York, NY 10019
                                        Telephone:  (212) 474-1000
                                          Facsimile:  (212) 474-3700
                                            E-mail:  *echesler@cravath.com*

                                  Attorneys for Defendant Larry W. Sonsini