Stephen E. Taylor (State Bar No. 58452)
Jessica L. Grant (State Bar No. 178138)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Fascimile: (415) 788-8208
E-mail: *staylor@tcolaw.com*
E-mail: *jgrant@colaw.com*

Evan R. Chesler
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
E-mail: *echesler@cravath.com*

Attorneys for Defendant
WILSON SONSINI GOODRICH & ROSATI, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, ET AL.,<br><br>Defendants. | CASE NO.: CV-08-02029 (CRB)<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Evan R. Chesler hereby appears as counsel for defendant Wilson Sonsini Goodrich & Rosati, P.C. in this action and requests that a copy of all

NOTICE OF ATTORNEY APPEARANCE                                      CASE NO.: CV-08-02029 (CRB)

pleadings and papers be served upon the undersigned as follows:

>Evan R. Chesler
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019-7475
>Telephone: (212) 474-1000
>Facsimile: (212) 474-3700

Dated: June 11, 2008                    CRAVATH, SWAINE & MOORE LLP

                                        By:

                                        _____s/ Evan R. Chesler_____
                                               Evan R. Chesler

                                        CRAVATH, SWAINE & MOORE LLP
                                        Worldwide Plaza
                                           825 Eighth Avenue
                                            New York, NY 10019
                                         Telephone: (212) 474-1000
                                            Facsimile: (212) 474-3700
                                            E-mail: *echesler@cravath.com*

                                        Attorneys for Defendant Wilson Sonsini Goodrich & Rosati, P.C.