1   STEPHEN E. TAYLOR (SBN 58452)
    JESSICA L. GRANT (SBN 178138)
2   TAYLOR & COMPANY LAW OFFICES, LLP
    One Ferry Building, Suite 355
3   San Francisco, California  94111
    Telephone:  (415) 788-8200
4   Facsimile:   (415) 788-8208
    E-mail: staylor@tcolaw.com
5   E-mail: jgrant@tcolaw.com

6   Attorneys for Defendants
    LARRY W. SONSINI and
7   WILSON SONSINI GOODRICH & ROSATI

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  MARY E. BARBOUR, AS TRUSTEE          Case No.: C-08-02029 (CRB)
    FOR THE MARY E. BARBOUR
14  FAMILY TRUST ONE,                    **NOTICE OF APPEARANCE**

15          Plaintiff,

16  v.

17  GREGORY L. REYES, ET AL.,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE THAT Stephen E. Taylor and Jessica L. Grant of Taylor &

3   Company Law Offices, LLP will be appearing as co-counsel for defendants Larry W. Sonsini and

4   Wilson Sonsini Goodrich & Rosati, LLP in this action, and request that a copy of all pleadings and

5   papers be served upon the undersigned as follows.

6           Stephen E. Taylor
            TAYLOR & COMPANY LAW OFFICES, LLP
7           One Ferry Building, Suite 355
            San Francisco, CA 94111
8           T.  (415) 788-8200
            F.  (415) 288-8208
9           staylor@tcolaw.com

10
            Jessica L. Grant
11          TAYLOR & COMPANY LAW OFFICES, LLP
            One Ferry Building, Suite 355
12          San Francisco, CA 94111
            T.  (415) 788-8200
13          F.  (415) 288-8208
14          jgrant@tcolaw.com

15

16  Dated: June 11, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP

17

18
                                    By:        /s/Stephen E. Taylor
19                                             Stephen E. Taylor
20                                  Attorneys for Defendant LARRY W. SONSINI
                                    and WILSON SONSINI GOODRICH & ROSATI
21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

APPLICATION TO ALLOW KARL C. HUTH TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF
DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI: CASE NO.  C-08-02029
(CRB)