COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive,<br><br>Defendants,<br>and<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No.  C 08-2029 CRB<br><br>**BROCADE COMMUNICATION SYSTEMS, INC.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE:     JUNE 12, 2008<br>TIME:     1:30 P.M.<br>DEPT.:    8 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

774681 v2/PA                               1.                     JOINT CASE MANAGEMENT STATEMENT
                                                                                   C 08-2029CRB

Brocade Communications Systems, Inc. ("Brocade") submits this Case Management Statement pursuant to Civil Local Rule 16.10.[1]

**PROCEDURAL BACKGROUND AND RELATED CASES.**

On April 15, 2008, plaintiff filed a new derivative action in federal court captioned *Barbour v. Reyes*, Case No. CV 08-2029. The *Barbour* complaint alleges claims nearly identical to those in the state and federal derivative actions (*In re Brocade Communications Systems, Inc. Derivative Litigation*, No. C05-02233 CRB and *In re Brocade Communication Systems, Inc. Derivative Litigation*, Lead Case No.: 1:05-CV-041683, respectively), although it adds new claims for violations of and conspiracy to violate the Racketeer Influenced and Corrupt Organizations Act ("RICO"). The *Barbour* complaint names the following defendants who had not been sued in any other related derivative action: John Gerdelman, Renato DiPentima, Tyler Wall, Wilson Sonsini Goodrich & Rosati, P.C., Michael Rose, and Glenn Jones (the latter two individuals were defendants previously dismissed from the State Action). On May 27, 2008, the Court granted the *Barbour* plaintiff's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R. 3-12(b), relating but not consolidating this case with *In re Brocade Communications Systems, Inc. Derivative Litigation*, No. C05-02233 CRB ("Consolidated Actions"), incorporated herein by reference.

On June 6, 2008 and June 9, 2008, respectively, Brocade filed a joint case management statement and supplemental joint case management statement in the Consolidated Actions. The first statement discusses the procedural status of that action as well as the above-entitled action, and the supplemental statement attaches a status report from counsel for Brocade's Special Litigation Committee. Therefore, Brocade respectfully refers the Court to these statements, incorporated by reference herein.

---

[1] Brocade recognizes that this Statement does not cover all of the topics contemplated under L.R. 16-10. However, given the procedural posture of this case, Brocade believes that it is both appropriate to respond in this format and premature to address many of the items identified in L.R. 16-10.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
NEW YORK

774681 v2/PA     2.     **JOINT CASE MANAGEMENT STATEMENT**
C 08-2029 CRB

| | |
|---|---|
| Dated: June 11, 2008 | COOLEY GODWARD KRONISH LLP |
| | /s/ Grant P. Fondo |
| |        Grant P. Fondo |
| | Attorneys For Nominal Defendant<br>BROCADE COMMUNICATIONS SYSTEMS, INC. |

774681 v2/PA

3.

**JOINT CASE MANAGEMENT STATEMENT**
**C 08-2029 CRB**

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
NEW YORK