1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI, P.C.

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 MARY E. BARBOUR, AS TRUSTEE              Case No.: CV-08-02029 (CRB)
   FOR THE MARY E. BARBOUR
14 FAMILY TRUST ONE,                        **APPLICATION TO ALLOW MICHAEL
                                            A. PASKIN TO APPEAR AS COUNSEL
15        Plaintiff,                        *PRO HAC VICE* ON BEHALF OF
                                            DEFENDANTS LARRY W. SONSINI AND
16 v.                                       WILSON SONSINI GOODRICH &
                                            ROSATI, P.C.**
17 GREGORY L. REYES, ET AL.,

18        Defendants.

---

APPLICATION TO ALLOW MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF
OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The undersigned counsel for defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. hereby applies to this Court on behalf Michael A. Paskin for his admission *pro hac vice* pursuant to Civil Local Rule 11-3 for the purpose of representing Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. in this action. In support of this application, the undersigned provides the following information concerning counsel who is the subject of this application:

1. Counsel's name, address, telephone and facsimile numbers, and e-mail address are as follows:

> Mr. Michael A. Paskin
> Cravath, Swaine & Moore, LLP
> 825 Eighth Avenue
> New York, New York 10019-7475
> Telephone: (212) 474-1000
> Facsimile: (212) 474-3700
> E-mail: mpaskin@cravath.com

2. Michael A. Paskin has been admitted to the following bars on the dates listed: the State of New York in 1996; the United States District Court for the Southern District of New York in 1998; and the United States District Court for the Eastern District of New York in 1998.

3. Michael A. Paskin is currently a member in good standing and eligible to practice in all of the courts listed above. Michael A. Paskin is not currently suspended or disbarred in any court, and he agrees to abide by the standards of professional conduct set forth in Civil Local Rule 11-4 of this Court, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

///
///
///
///
///

1.

TAYLOR & CO.
LAW OFFICES, LLP

APPLICATION TO ALLOW MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-08-02029 (CRB)

1  4.  Stephen E. Taylor of Taylor & Company Law Offices, LLP, located at One Ferry
2  Building, Suite 355, San Francisco, California 94111, telephone number (415) 788-8200, has been
3  retained as co-counsel for Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C., and is a
4  person with whom the Court and opposing counsel may communicate regarding this case, and
5  upon whom papers shall also be served. The undersigned counsel is an active member in good
6  standing of the bar of this Court, and maintains offices in the State of California for the practice of
7  law.

9  Dated: June 11, 2008                          TAYLOR & COMPANY LAW OFFICES, LLP

11                                              By: _____
12                                                     Stephen E. Taylor
                                                Attorneys for Defendant LARRY W. SONSINI
13                                              and WILSON SONSINI GOODRICH & ROSATI, P.C.

2.

TAYLOR & CO.
LAW OFFICES, LLP

APPLICATION TO ALLOW MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF
OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

| | |
|---|---|
| 1 | STEPHEN E. TAYLOR (SBN 58452) |
|   | JESSICA L. GRANT (SBN 178138) |
| 2 | TAYLOR & COMPANY LAW OFFICES, LLP |
|   | One Ferry Building, Suite 355 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 788-8200 |
| 4 | Facsimile:  (415) 788-8208 |
|   | E-mail: staylor@tcolaw.com |
| 5 | E-mail: jgrant@tcolaw.com |
| 6 | Attorneys for Defendants |
|   | LARRY W. SONSINI and |
| 7 | WILSON SONSINI GOODRICH & ROSATI, P.C. |

FILED

08 JUN 11 PM 3:18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, | Case No.: CV-08-02029 (CRB) |
| Plaintiff, | **DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF HIS APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| v. | |
| GREGORY L. REYES, ET AL., | |
| Defendants. | |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF HIS APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-08-02029 (CRB)

1  I, MICHAEL A. PASKIN declare as follows:

2  1. I hereby apply to this Court, pursuant to Civil Local Rule 11-3, for permission to appear and participate in this action on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. by whom I have been retained. It is the defendants' desire that I actively participate in this case. I have personal knowledge of the matters set forth in the Application to Appear as Counsel *Pro Hac Vice* submitted concurrently with this declaration, except as to those matters that are stated on information and belief and, as to those matters, I am informed and believe them to be true. If called upon as a witness, I could and would competently testify to the matters set forth herein.

2. I am a Partner of the firm Cravath, Swaine & Moore, LLP, located at 825 Eighth Avenue, New York, New York 10019-7475.

3. I have been admitted to the following bars on the following dates shown: the State of New York in 1996; the United States District Court for the Southern District of New York in 1998; and the United States District Court for the Eastern District of New York in 1998.

4. I am currently a member in good standing and I am eligible to practice in all the courts listed in Paragraph 3 above. I am not currently suspended or disbarred in any court.

5. I agree to abide by the standards of professional conduct set forth in Civil Local Rule 11-4 of this Court, to comply with General Order No. 45, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

6. Counsel with the law firm Taylor & Company Law Offices, LLP, located at One Ferry Building, Suite 355, San Francisco, California 94111, telephone number (415) 788-8200, have been retained as co-counsel for defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. Stephen E. Taylor of that firm is an attorney with whom the Court and opposing counsel may communicate regarding this case,

///

///

///

1.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF HIS APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-08-02029 (CRB)

1  and upon whom papers shall also be served.  I am informed and believe that Stephen E. Taylor is a
2  member in good standing of the bar of this Court, and that he maintains an office in the State of
3  California for the practice of law.
4      I declare under penalty of perjury, under the law of the United States of America, that the
5  foregoing is true and correct.  Executed this 9th day of June 2008, at New York, New York.

_____
MICHAEL A. PASKIN

2.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF HIS APPLICATION TO APPEAR *PRO HAC VICE*
ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  MARY E. BARBOUR, AS TRUSTEE           Case No.: C-08-02029 (CRB)
    FOR THE MARY E. BARBOUR
14  FAMILY TRUST ONE,                     **[PROPOSED] ORDER ADMITTING
                                          MICHAEL A. PASKIN TO APPEAR AS
15         Plaintiff,                     COUNSEL *PRO HAC VICE***

16  v.

17  GREGORY L. REYES, ET AL.,

18         Defendants.

1 | Based on the application and the supporting declaration of Michael A. Paskin to appear as counsel *pro hac vice* on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, filed concurrently herewith in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that Michael A. Paskin may appear as counsel *pro hac vice* on behalf of defendant Larry W. Sonsini in the above-entitled action.

DATED: _____

_____
HONORABLE CHARLES D. BREYER
UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.
[PROPOSED] ORDER ADMITTING MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE*:
CASE NO. C-08-02029 (CRB)