paid

FILED
08 JUN 11 PM 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI, P.C.

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  MARY E. BARBOUR, AS TRUSTEE         Case No.: CV-08-02029 (CRB)
    FOR THE MARY E. BARBOUR
14  FAMILY TRUST ONE,                    **APPLICATION TO ALLOW NICOLE Y.
                                         ALTMAN TO APPEAR AS COUNSEL
15        Plaintiff,                     *PRO HAC VICE* ON BEHALF OF
                                         DEFENDANTS LARRY W. SONSINI AND
16  v.                                   WILSON SONSINI GOODRICH &
                                         ROSATI, P.C.**
17  GREGORY L. REYES, ET AL.,

18        Defendants.

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

APPLICATION TO ALLOW NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF
OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      The undersigned counsel for defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. hereby applies to this Court on behalf Nicole Y. Altman for her admission *pro hac vice* pursuant to Civil Local Rule 11-3 for the purpose of representing Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. in this action.  In support of this application, the undersigned provides the following information concerning counsel who is the subject of this application:

    1.    Counsel's name, address, telephone and facsimile numbers, and e-mail address are as follows:

> Ms. Nicole Y. Altman
> Cravath, Swaine & Moore, LLP
> 825 Eighth Avenue
> New York, New York 10019-7475
> Telephone: (212) 474-1000
> Facsimile: (212) 474-3700
> E-mail: naltman@cravath.com

    2.    Nicole Y. Altman was admitted to the following bars on the dates listed: the state of New York on April 28, 2008; the United States District Court for the Southern District of New York on June 3, 2008; and the United States District Court for the Eastern District of New York on June 3, 2008.

    3.    Nicole Y. Altman is currently a member in good standing and eligible to practice in the court listed above.  Nicole Y. Altman is not currently suspended or disbarred in any court, and she agrees to abide by the standards of professional conduct set forth in Civil Local Rule 11-4 of this Court, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

///
///
///
///

TAYLOR & CO.
LAW OFFICES, LLP

1.
APPLICATION TO ALLOW NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

4.  Stephen E. Taylor of Taylor & Company Law Offices, LLP, located at One Ferry Building, Suite 355, San Francisco, California 94111, telephone number (415) 788-8200, has been retained as co-counsel for Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C., and is a person with whom the Court and opposing counsel may communicate regarding this case, and upon whom papers shall also be served. The undersigned counsel is an active member in good standing of the bar of this Court, and maintains offices in the State of California for the practice of law.

Dated: June 11, 2008                    TAYLOR & COMPANY LAW OFFICES, LLP


                                        By: _____
                                              Stephen E. Taylor
                                        Attorneys for Defendant LARRY W. SONSINI
                                        and WILSON SONSINI GOODRICH & ROSATI, P.C.

2.

TAYLOR & CO.
LAW OFFICES, LLP

APPLICATION TO ALLOW NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANT LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.:
CASE NO. CV-08-02029 (CRB)

1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI, P.C.

8

FILED

08 JUN 11 PM 3: 22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  MARY E. BARBOUR, AS TRUSTEE         Case No.: CV-08-02029 (CRB)
    FOR THE MARY E. BARBOUR
14  FAMILY TRUST ONE,                   **DECLARATION OF NICOLE Y.
                                        ALTMAN IN SUPPORT OF HER
15       Plaintiff,                     APPLICATION TO APPEAR *PRO HAC
                                        VICE* ON BEHALF OF DEFENDANTS
16  v.                                  LARRY W. SONSINI AND WILSON
                                        SONSINI GOODRICH & ROSATI, P.C.**
17  GREGORY L. REYES, ET AL.,

18       Defendants.

TAYLOR & Co.
LAW OFFICES, LLP

DECLARATION OF NICOLE Y. ALTMAN IN SUPPORT OF HER APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-05-02042 (CRB)

1  I, NICOLE Y. ALTMAN declare as follows:

2  1. I hereby apply to this Court, pursuant to Civil Local Rule 11-3, for permission to appear and participate in this action on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C., by whom I have been retained. It is the defendants' desire that I actively participate in this case. I have personal knowledge of the matters set forth in the Application to Appear as Counsel *Pro Hac Vice* submitted concurrently with this declaration, except as to those matters that are stated on information and belief and, as to those matters, I am informed and believe them to be true. If called upon as a witness, I could and would competently testify to the matters set forth herein.

2. I am an associate of the firm Cravath, Swaine & Moore, LLP, located at 825 Eighth Avenue, New York, New York 10019-7475.

3. I have been admitted to the following bars on the dates listed: the State of New York on April 28, 2008; the United States District Court for the Southern District of New York on June 3, 2008; and the United States District Court for the Eastern District of New York on June 3, 2008.

4. I am currently a member in good standing and I am eligible to practice in the court listed in Paragraph 3 above. I am not currently suspended or disbarred in any court.

5. I agree to abide by the standards of professional conduct set forth in Civil Local Rule 11-4 of this Court, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

6. Counsel with the law firm Taylor & Company Law Offices, LLP, located at One Ferry Building, Suite 355, San Francisco, California 94111, telephone number (415) 788-8200, have been retained as co-counsel for defendants Larry W. Sonsini and Wilson Sonsini Goodrich & Rosati, P.C. Stephen E. Taylor of that firm is an attorney with whom the Court and opposing counsel may communicate regarding this case, and upon whom papers shall also be served. I am

1.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF NICOLE Y. ALTMAN IN SUPPORT OF HER APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-08-02029 (CRB)

1 | informed and believe that Stephen E. Taylor is a member in good standing of the bar of this Court,
2 | and that he maintains an office in the State of California for the practice of law.
3 |     I declare under penalty of perjury, under the law of the United States of America, that the
4 | foregoing is true and correct. Executed this 9th day of June 2008, at New York, New York.

*[signature]*

NICOLE Y. ALTMAN

2.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF NICOLE Y. ALTMAN IN SUPPORT OF HER APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS LARRY W. SONSINI AND WILSON SONSINI GOODRICH & ROSATI, P.C.: CASE NO. CV-08-02029 (CRB)

RECEIVED
08 JUN 11 PM 3: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California  94111
   Telephone:  (415) 788-8200
4  Facsimile:   (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | MARY E. BARBOUR, AS TRUSTEE       | Case No.: C-08-02029 (CRB)
   | FOR THE MARY E. BARBOUR           |
14 | FAMILY TRUST ONE,                 | **[PROPOSED] ORDER ADMITTING
   |                                   | NICOLE Y. ALTMAN TO APPEAR AS
15 |      Plaintiff,                   | COUNSEL *PRO HAC VICE***
   |                                   |
16 | v.                                |
   |                                   |
17 | GREGORY L. REYES, ET AL.,         |
   |                                   |
18 |      Defendants.                  |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER ADMITTING NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE*:
CASE NO. C-08-02029 (CRB)

1  Based on the application and the supporting declaration of Nicole Y. Altman to appear as
2  counsel *pro hac vice* on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich &
3  Rosati, filed concurrently herewith in this action, and good cause appearing therefor,
4  IT IS HEREBY ORDERED that Nicole Y. Altman may appear as counsel *pro hac vice* on
5  behalf of defendant Larry W. Sonsini in the above-entitled action.

8  DATED: _____      _____
                                   HONORABLE CHARLES D. BREYER
9                                  UNITED STATES DISTRICT COURT JUDGE