STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com

Attorneys for Defendants
LARRY W. SONSINI and
WILSON SONSINI GOODRICH & ROSATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, ET AL.,<br><br>Defendants. | Case No.: C-08-02029 (CRB)<br><br>[~~PROPOSED~~] ORDER ADMITTING KARL C. HUTH TO APPEAR AS COUNSEL *PRO HAC VICE* |

1  Based on the application and the supporting declaration of Karl C. Huth to appear as
2  counsel *pro hac vice* on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich &
3  Rosati, filed concurrently herewith in this action, and good cause appearing therefor,
4  IT IS HEREBY ORDERED that Karl C. Huth may appear as counsel *pro hac vice* on
5  behalf of defendant Larry W. Sonsini in the above-entitled action.

DATED: June 12, 2008

_____
HONORABLE CHARLES D. BREYER
UNITED STATES DISTRICT COURT JUDGE