1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
5  E-mail: jgrant@tcolaw.com

6  Attorneys for Defendants
   LARRY W. SONSINI and
7  WILSON SONSINI GOODRICH & ROSATI

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 MARY E. BARBOUR, AS TRUSTEE           Case No.: C-08-02029 (CRB)
   FOR THE MARY E. BARBOUR
14 FAMILY TRUST ONE,                     [PROPOSED] ORDER ADMITTING
                                         MICHAEL A. PASKIN TO APPEAR AS
15         Plaintiff,                    COUNSEL *PRO HAC VICE*

16 v.

17 GREGORY L. REYES, ET AL.,

18         Defendants.

19

20

21

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER ADMITTING MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE*:
CASE NO. C-08-02029 (CRB)

TAYLOR & CO.
LAW OFFICES, LLP

1   Based on the application and the supporting declaration of Michael A. Paskin to appear as
2   counsel *pro hac vice* on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich &
3   Rosati, filed concurrently herewith in this action, and good cause appearing therefor,
4   IT IS HEREBY ORDERED that Michael A. Paskin may appear as counsel *pro hac vice* on
5   behalf of defendant Larry W. Sonsini in the above-entitled action.

8   DATED: June 12, 2008

HONORABLE CHARLES D. BREYER
UNITED STATES DISTRICT COURT JUDGE

1.
[PROPOSED] ORDER ADMITTING MICHAEL A. PASKIN TO APPEAR AS COUNSEL *PRO HAC VICE*:
CASE NO. C-08-02029 (CRB)