```
STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com

Attorneys for Defendants
LARRY W. SONSINI and
WILSON SONSINI GOODRICH & ROSATI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, ET AL.,<br><br>Defendants. | Case No.: C-08-02029 (CRB)<br><br>[~~PROPOSED~~] ORDER ADMITTING NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE* |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER ADMITTING NICOLE Y. ALTMAN TO APPEAR AS COUNSEL *PRO HAC VICE*:
CASE NO. C-08-02029 (CRB)

1 | Based on the application and the supporting declaration of Nicole Y. Altman to appear as
2 | counsel *pro hac vice* on behalf of defendants Larry W. Sonsini and Wilson Sonsini Goodrich &
3 | Rosati, filed concurrently herewith in this action, and good cause appearing therefor,
4 | IT IS HEREBY ORDERED that Nicole Y. Altman may appear as counsel *pro hac vice* on
5 | behalf of defendant Larry W. Sonsini in the above-entitled action.

8 | DATED: June 12, 2008

HONORABLE CHARLES D. BREYER
UNITED STATES DISTRICT COURT JUDGE