| | |
|---|---|
| 1 | JOHNSON BOTTINI, LLP |
|   | FRANK J. JOHNSON (174882) |
| 2 | frankj@johnsonbottini.com |
|   | FRANCIS A. BOTTINI, JR. (175783) |
| 3 | frankb@johnsonbottini.com |
|   | DEREK J. WILSON (250309) |
| 4 | derekw@johnsonbottini.com |
|   | 655 W. Broadway, Suite 1400 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (619) 230-0063 |
| 6 | Facsimile:  (619) 233-5535 |
| 7 | Attorneys for Plaintiff |

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCSICO DIVISION

| | | |
|---|---|---|
| 11 | MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | ) Case No. C 08-02029 CRB |
| 12 | | ) (Derivative Action) |
| 13 | | ) |
| 14 | Plaintiff, | ) AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATIONS OF AND CONSPIRACY TO VIOLATE THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; VIOLATIONS OF THE SARBANES OXLEY ACT OF 2002; VIOLATIONS OF SECTION 10B OF THE SECURITIES EXCHANGE ACT OF 1934; BREACHES OF AND CONSPIRACY TO BREACH FIDUCIARY DUTY; FRAUD; UNJUST ENRICHMENT; VIOLATIONS OF CALIFORNIA CORPORATIONS CODE SECTIONS 25402 AND 25403; WASTE OF CORPORATE ASSETS; DECLARATORY RELIEF; BREACH OF CONTRACT; PROFESSIONAL NEGLIGENCE; AND LEGAL AND ACCOUNTING MALPRACTICE |
| 15 | vs. | |
| 16 | GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive, | |
| 24 | | ) |
| 25 | Defendants, | ) |
| 26 | -and- | ) |
| 27 | BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, | ) |
| 28 | Nominal Defendant. | ) |

AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
Case No. C 08-02029 CRB

**MANUAL FILING NOTIFICATION**

Regarding: Amended Verified Shareholder Derivative Complaint for Violations of and Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act; Violations of the Sarbanes Oxley Act of 2002; Violations of Section 10b of the Securities Exchange Act of 1934; Breaches of and Conspiracy to Breach Fiduciary Duty; Fraud; Unjust Enrichment; Violations of California Corporations Code Sections 25402 and 25403; Waste of Corporate Assets; Declaratory Relief; Breach of Contract; Professional Negligence; and Legal and Accounting Malpractice.

The above-mentioned document has been lodged with the Court pursuant to Civ. L.R. 79-5(d) in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[**X**] Item Under Seal (N.D. Cal. Civ. L.R. 79-5(d))

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: July 21, 2008                    Respectfully submitted,

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.
DEREK J. WILSON


      /s/Francis A. Bottini, Jr.
FRANCIS A. BOTTINI, JR.

655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063

- 1 -

AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
Case No. C 08-02029 CRB

- 2 -

1    Facsimile: (619) 233-5535

2    Attorneys for Plaintiff

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
Case No. C 08-02029 CRB