```
 1  JOHNSON BOTTINI, LLP
    FRANK J. JOHNSON (CSB #174882)
 2  frankj@johnsonbottini.com
    FRANCIS A. BOTTINI, JR. (CSB #175783)
 3  frankb@johnsonbottini.com
    DEREK J. WILSON (CSB #250309)
 4  derekw@johnsonbottini.com
    655 West Broadway, Suite 1400
 5  San Diego, California 92101
    Telephone:    (619) 230-0063
 6  Facsimile:    (619) 233-5535

 7  Attorneys for Plaintiff Mary Barbour, as Trustee for the
    Mary E. Barbour Family Trust One
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE OF THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C., and DOES 1-25, Inclusive,<br><br>Defendants,<br><br>-and-<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No.: C 08-02029 CRB<br><br>(Derivative Action)<br><br>**PROOF OF SERVICE RE AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

- 1 -
PROOF OF SERVICE

1  I am employed in the County of San Diego; I am over the age of eighteen (18) years and am
2  not a party to the within entitled action; my business address is 655 West Broadway, Suite 1400,
3  San Diego, CA 92101.
4  On July 22, 2008, I served a copy of the following document:

**[UNREDACTED] AMENDED VERIFIED
SHAREHOLDER DERIVATIVE COMPLAINT**

☐ **[BY MAIL]** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Johnson Bottini, LLP, in San Diego, California, following ordinary business practices. I am familiar with this firm's practice for collection and processing of correspondence; said practice being that, in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

**X** **[BY OVERNIGHT MAIL]** I placed each such sealed Federal Express envelope, with a prepaid airbill attached thereto, and delivered the envelope to a Federal Express agent for delivery.

| | |
|---|---|
| John C. Dwyer, Esq.<br>Grant P. Fondo, Esq.<br>James M. Penning, Esq.<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square, 4th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>(650) 843-5000 (tel)<br>(650) 857-0663 (fax) | **Attorneys for Nominal Defendant**<br>**BROCADE COMMUNICATION**<br>**SYSTEMS, INC.** |
| Nicole Y. Altman, Esq. *(Pro Hac Vice)*<br>Evan R. Chesler, Esq.<br>Karl C. Huth, Esq. *(Pro Hac Vice)*<br>Michael A. Paskin, Esq. *(Pro Hac Vice)*<br>Daniel Slifkin, Esq. *(Pro Hac Vice)*<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>(212) 474-1000 (tel)<br>(212) 474-3700 (fax) | **Attorneys for Defendants**<br>**LARRY SONSINI and WILSON SONSINI**<br>**GOODRICH & ROSATI, P.C.** |
| Stephen E. Taylor, Esq.<br>Jessica L. Grant, Esq.<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111-4226<br>(415) 788-8200 (tel)<br>(415) 788-8208 (fax) | |

| # | | |
|---|---|---|
| 1 | Ann M. Ashton, Esq.<br>Ralph C. Ferrara, Esq. | **Attorneys for**<br>**SPECIAL LITIGATION COMMITTEE** |
| 2 | DEWEY & LEBOEUF LLP | |
|   | 1101 New York Avenue N.W., Suite 1100 | |
| 3 | Washington, D.C. 20005-4213 | |
|   | (202) 346-8000 (tel) | |
| 4 | (202) 346-8102 (fax) | |
| 5 | Jonathan E. Richman, Esq. | |
|   | DEWEY & LEBOEUF LLP | |
| 6 | 125 West 55th Street | |
|   | New York, NY 10019 | |
| 7 | (212) 424-8000 (tel) | |
|   | (212) 424-8500 (fax) | |
| 8 | | |
|   | Gary Apfel, Esq. | |
| 9 | DEWEY & LEBOEUF LLP | |
|   | 333 South Grand Avenue, Suite 2600 | |
| 10 | Los Angeles, CA 90071-1530 | |
|    | (213) 621-6000 (tel) | |
| 11 | (213) 621-6100 (fax) | |
| 12 | Richard Marmaro, Esq. | **Attorneys for Defendant** |
|    | SKADDEN ARPS, SLATE, MEAGHER & FLOM | **GREGORY L. REYES** |
| 13 | 300 South Grand Avenue, Suite 3400 | |
|    | Los Angeles, CA 90071 | |
| 14 | (213) 687-5000 (tel) | |
|    | (213) 687-5600 (fax) | |
| 15 | | |
|    | Robert C. Friese, Esq. | **Attorneys for Defendant** |
| 16 | SHARTSIS FRIESE LLP | **KUMAR MALAVALLI** |
|    | One Maritime Plaza, 18th Floor | |
| 17 | San Francisco, CA 94111 | |
|    | (415) 421-6500 (tel) | |
| 18 | (415) 421-2922 (fax) | |
| 19 | Norman J. Blears, Esq. | **Attorneys for Defendant** |
|    | HELLER EHRMAN LLP | **ANTONIO CANOVA** |
| 20 | 275 Middlefield Road | |
|    | Menlo Park, CA 94025-3506 | |
| 21 | (650) 324-7000 (tel) | |
|    | (650) 324-0638 (fax) | |
| 22 | | |
|    | Robert B. Buehler, Esq. | |
| 23 | HELLER EHRMAN LLP | |
|    | Times Square Tower | |
| 24 | 7 Times Square | |
|    | New York, NY 10036-6524 | |
| 25 | (212) 832-8300 (tel) | |
|    | (212) 763-7600 (fax) | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Jonathan A. Shapiro, Esq.<br>WILMER CUTLER PICKERING HALE & DORR LLP | **Attorneys for Defendant**<br>**SETH D. NEIMAN** |
| 2 | 1117 California Avenue<br>Palo Alto, CA 94304 | |
| 3 | (650) 858-6000 (tel)<br>(650) 858-6100 (fax) | |
| 4 | | |
| 5 | Ramiz I. Rafeedie, Esq.<br>KIRKPATRICK & LOCKHART PRESTON<br>  GATES ELLIS LLP | **Attorneys for Defendant**<br>**NEAL DEMPSEY** |
| 6 | 55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493 | |
| 7 | (415) 882-8200 (tel)<br>(415) 882-8220 (fax) | |
| 8 | | |
| 9 | Jan Nielsen Little, Esq.<br>KEKER & VAN NEST | **Attorneys for Defendant**<br>**STEPHANIE JENSEN** |
| 10 | 710 Sansome Street<br>San Francisco, CA 94111-1704 | |
| 11 | (415) 391-5400 (tel)<br>(415) 397-7188 (fax) | |
| 12 | Geoffrey M. Ezgar, Esq.<br>SIDLEY AUSTIN LLP | **Attorneys for Defendant**<br>**KPMG** |
| 13 | 555 California Street<br>San Francisco, CA 94104 | |
| 14 | (415) 772-1200 (tel)<br>(414) 772-7400 (fax) | |
| 15 | | |
| 16 | Patrick C. Doolittle, Esq.<br>QUINN, EMANUEL, URQUHART, OLIVER &<br>  HODGES, LLP | **Attorneys for Defendant**<br>**MICHAEL BYRD** |
| 17 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | |
| 18 | (650) 801-5000 (tel)<br>(650) 801-5100 (fax) | |
| 19 | | |
| 20 | Stephen D. Hibbard, Esq.<br>SHEARMAN & STERLING, LLP | **Attorneys for Defendants**<br>**DAVID HOUSE, GLENN JONES,** |
| 21 | 525 Market Street<br>San Francisco, CA 94105-2723 | **MICHAEL KLAYKO, L. WILLIAM**<br>**KRAUSE, NICHOLAS G. MOORE,** |
| 22 | (415) 616-1100 (tel)<br>(415) 616-1199 (fax) | **CHRISTOPHER PAISLEY, MICHAEL**<br>**ROSE, SANJAY VASWANI, and**<br>**ROBERT R. WALKER** |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 22, 2008, at San Diego, California.

*/s/ Sharon Villarreal*
SHARON VILLARREAL

- 4 -
PROOF OF SERVICE