1    JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (174882)
2    frankj@johnsonbottini.com
FRANCIS A. BOTTINI, JR. (175783)
3    frankb@johnsonbottini.com
DEREK J. WILSON (250309)
4    derekw@johnsonbottini.com
655 W. Broadway, Suite 1400
5    San Diego, CA 92101
Telephone: (619) 230-0063
6    Facsimile: (619) 233-5535

7    Attorneys for Plaintiff

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

| | |
|---|---|
| 11   MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST 12   ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., 13           Plaintiff, 14       vs. 15 16   GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI 17   ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, 18   SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN 19   C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, 20   CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK 21   LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, 22   ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. 23   AND DOES 1-25, inclusive, 24         Defendants,       -and- 25 26   BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, 27         Nominal Defendant. | Case No. C 08-02029 CRB (Derivative Action) PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES ON COUNT XIV (DECLARATORY RELIEF) OF PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT Hearing Date: August 29, 2008 Hearing Time: 10:00 a.m. Department: Courtroom 8, 19th Floor Judge: Honorable Charles R. Breyer Date Action Filed: April 18, 2008 |

28

---

P'S REQUEST FOR JUDICIAL NOTICE ISO MOT.
FOR PARTIAL SUMMARY JUDGMENT            CASE NO. C 08-02029 CRB

1    Plaintiff Mary E. Barbour as Trustee for the Mary E. Barbour Family Trust One ("Plaintiff"),

2    hereby requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of

3    Evidence, of certain documents attached to the Declaration of Francis A. Bottini, Jr. in Support of

4    Plaintiff's Motion for Partial Summary Judgment Against Defendant Gregory L. Reyes on Count

5    XIV (Declaratory Relief) of Plaintiff's Amended Shareholder Derivative Complaint ("Declaration")

6    filed concurrently herewith, for the reasons set forth below.

7    **I.      TRIAL TRANSCRIPTS**

8    A court may take judicial notice of documents that are capable of accurate and ready

9    determination by resort to sources whose accuracy cannot reasonably be questioned.  Federal Rules

10   of Evidence 201(b).   Court proceedings are properly the subject of judicial notice.   *In re*

11   *Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004).[1]   A court can take

12   judicial notice of trial transcripts.  *In re Cintas Corp. Overtime Pay Arbitration Litig.*, No. C 06-

13   1781 SBA, 2007 WL 137149, at *2 (N.D. Cal. Jan. 12, 2007); *B.T. Produce Co. v. Robert A.*

14   *Johnson Sales, Inc.*, 354 F. Supp. 2d 284, 287 n.3 (S.D.N.Y. 2004).

15   Accordingly, Plaintiff requests that the Court take judicial notice of the following:

16   • The trial transcript in the criminal trial of defendant Gregory L. Reyes
          ("Reyes") in the matter of *United States v. Reyes*, No. CR 06-00556
17          CRB, in the United States District Court, Northern District of
          California, San Francisco Division, attached to the Declaration as
18          Exhibit D.  Due to its voluminous nature, only the pages of the
          transcript cited in Plaintiff's Motion for Partial Summary Judgment
19          Against Defendant Gregory L. Reyes on Count XIV (Declaratory
          Relief) of Plaintiff's Amended Shareholder Derivative Complaint
20          ("Motion for Partial Summary Judgment") have been provided.

21   • The trial transcript in the matter of *In re Brocade Securities*
          *Litigation*, No. 3:05-cv-02042-CRB (N.D. Cal.), attached to the
22          Declaration as Exhibit V.

23   **II.     SECURITIES AND EXCHANGE COMMISSION FILINGS**

24   A court may take judicial notice of documents filed with the Securities and Exchange

25   Commission ("SEC").  *In re CNET Networks, Inc. S'holder Derivative Litig.*, No. C 06-03817 WHA,

26   2008 WL 2445200, at *3 (N.D. Cal. June 16, 2008); *In re Copper Mountain Sec. Litig.*, 311 F. Supp.

27

28   _____
     [1]  Here, as throughout, all emphasis is deemed added and citations and footnotes are deemed omitted
     unless otherwise noted.

1  2d 857, 865 (N.D. Cal. 2004); *In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d 1054, 1076 (N.D. Cal.

2  2003).  SEC filings are generally recognized as "the most accurate and authoritative source of public

3  information about a company."  *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 (11th Cir. 1999).

4  There are "no serious questions as to [the] authenticity" of documents that are required to be filed

5  with the SEC.  *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000).  Numerous courts have held that

6  SEC filings are properly the subject of judicial notice.  *In re MIPS Techs., Inc. Derivative Litig.*, 542

7  F. Supp. 2d 968, 971 n.1 (N.D. Cal. 2008).

8      Accordingly, Plaintiff requests that the Court take judicial notice of the following:

9  
10         • Brocade Communications Systems, Inc.'s ("Brocade"), Current Report (Form 8-K) filed on January 24, 2005, attached to the Declaration as Exhibit A.

11  
12         • Brocade's Amendment to its Annual Report (Form 10-K/A) filed on November 14, 2005, attached to the Declaration as Exhibit G.  Due to its voluminous nature, only the pages cited in Plaintiff's Motion for Partial Summary Judgment have been provided.

13  
14         • Brocade's Current Report (Form 8-K) filed on May 16, 2005, attached to the Declaration as Exhibit I.

15  
16         • Brocade's Amended and Restated Bylaws, attached as Exhibit 3.2 to the Quarterly Report (Form 10-Q) dated September 13, 2004 and attached to the Declaration as Exhibit M.[2]

17  
18         • Brocade's Restated and Amended Certificate of Incorporation, attached as Exhibit 3.1 to the Annual Report (Form 10-K) dated January 24, 2002 and attached to the Declaration as Exhibit N.[3]

19  
20         • Brocade's Current Report (Form 8-K) filed June 2, 2008, attached to the Declaration as Exhibit X.

21  **III.  INDICTMENTS**

22      It has been widely held that a court may take judicial notice of an indictment.  *See United*

23  *States v. Daychild*, 357 F.3d 1082, 1099 (9th Cir. 2004) (holding that whether indictment was

24  
_____

25  [2] A court may take judicial notice of a corporation's bylaws.  *Omaha Tribe of Neb. v. Miller*, 311 F. Supp. 2d 816, 819 (S.D. Iowa 2004); *Daniel v. Am. Bd. of Emergency Med.*, 988 F. Supp. 127, 155 (W.D.N.Y. 1997).

26  
27  [3] A court may take judicial notice of a corporation's certificate of incorporation.  *McCall v. Scott*, 239 F.3d 808, 814 (6th Cir. 2001); *In re Baxter Int'l, Inc. S'holders Litig.*, 654 A.2d 1268, 1270 (Del. Ch. 1995).

28

1   properly returned is a fact "'capable of accurate and ready determination by resort to [a source]

2   whose accuracy cannot be reasonably questioned.'") (citing Fed. R. Evid. 201(b)); *Fed. Trade*

3   *Comm'n v. JK Publ'ns, Inc.*, 99 F. Supp. 2d 1176, 1199 (C.D. Cal. 2000) (court took judicial notice

4   of defendant's indictment); *see also B.T. Produce*, 354 F. Supp. 2d at 287 n.3 (court took judicial

5   notice of various documents from federal criminal case including indictment, plea agreement with

6   government, and transcript of sentencing hearing because all were subject to judicial notice pursuant

7   to Federal Rules of Evidence 201(b)).

8          Accordingly, Plaintiff requests that the Court take judicial notice of:

9          • The Indictment in the matter of *United States v. Reyes*, No. CR 06-
             00556 CRB, in the United States District Court, Northern District of
10           California, San Francisco Division, filed on August 10, 2006 (Docket
             No. 23), attached to the Declaration as Exhibit C.

11

12  **IV.    RECORDS AND FILES IN RELATED MATTERS**

13         It is appropriate for a court to take judicial notice of proceedings, records, and files in other

14  matters, especially when they relate to a case before the court.  *United States ex rel. Robinson*

15  *Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *see State of Fla. Bd.*

16  *of Trustees of the Internal Improvement Trust Fund v. Charley Toppino & Sons, Inc.*, 514 F.2d 700,

17  704 (5th Cir. 1975) (A court may "take judicial notice of related proceedings and records in cases

18  before that court."); *see also U.S. Fid. & Guar. Co. v. Moore*, 306 F. Supp. 1088, 1092-93 (N.D.

19  Miss. 1969) ("it is proper, in accordance with well-established federal practice, for a federal court to

20  take judicial notice of its own record in a prior criminal case").  A court has "the right to take notice

21  of its own files and records and [has] no duty to grind the same corn a second time." *Aloe Creme*

22  *Labs., Inc. v. Francine Co.*, 425 F.2d 1295 (5th Cir. 1970) (*per curiam*); *see also Pac. Gas & Elec.*

23  *Co. v. Lynch*, 216 F. Supp. 2d 1016, 1025 (N.D. Cal. 2002); *see also In re Wet Seal, Inc. Sec. Litig.*,

24  518 F. Supp. 2d 1148, 1159 (C.D. Cal. 2007) ("As it is a record in the court's own file, it is the

25  proper subject of judicial notice").

26  ///

27  ///

28  ///

P'S REQUEST FOR JUDICIAL NOTICE ISO MOT.
FOR PARTIAL SUMMARY JUDGMENT                          CASE NO. C 08-02029 CRB

1    Accordingly, Plaintiff requests that the Court take judicial notice of:

2    •    Order Denying Defendant's Motion for a Judgment of Acquittal filed August 27, 2007 (Docket No. 582) in the matter of *United States v.*
3    *Reyes*, No. CR 06-00556 CRB, in the United States District Court, Northern District of California, San Francisco Division, attached to
4    the Declaration as Exhibit B.

5    •    Order Denying Defendant's Motions for a New Trial and to Dismiss the Indictment filed August 29, 2007 (Docket No. 583) in the matter
6    of *United States v. Reyes*, No. CR 06-00556 CRB, in the United States District Court, Northern District of California, San Francisco
7    Division, attached to the Declaration as Exhibit E.

8    •    The Verdict Form in the matter of *United States v. Reyes*, No. CR 06-00556 CRB, in the United States District Court, Northern District of
9    California, San Francisco Division, returned and filed on August 7, 2007 (Docket No. 562), attached to the Declaration as Exhibit F.[4]

10
       •    The Amended Consolidated Class Action Complaint in *In re Brocade*
11   *Securities Litigation*, No. 3:05-cv-02042-CRB, in the United States District Court, Northern District of California, filed on January 2,
12   2007 (Docket No. 248), attached to the Declaration as Exhibit H.

13   •    The criminal complaint in *United States v. Reyes*, No. 3:06-cr-70450 (N.D. Cal. July 20, 2006) (Docket No. 1), attached to the Declaration
14   as Exhibit K.

15   •    The complaint in the matter of *Securities & Exchange Commission v. Reyes et al.*, No. 3:06-cv-04435-PVT (N.D. Cal. July 20, 2006)
16   (Docket No. 1), attached to the Declaration as Exhibit L.

17   •    The Declaration of AUSA Timothy P. Crudo in Support of the United States' Sentencing Memorandum including all attachments in the
18   matter of *United States v. Reyes*, No. CR 06-00556 CRB (Docket No. 798), in the United States District Court, Northern District of
19   California, San Francisco Division, attached to the Declaration as Exhibit O.[5]

20
       •    Reyes' Response to the United States' Sentencing Memorandum filed
21   January 14, 2008 in the matter of *United States v. Reyes*, No. CR 06-00556 CRB, in the United States District Court, Northern District of
22   California, San Francisco Division (Docket No. 805), attached to the Declaration as Exhibit P.

23

24
_____

25   [4] A court may take judicial notice of a verdict. *Lamke v. Sunstate Equip. Co., LLC*, 319 F. Supp. 2d 1029, 1033 (N.D. Cal. 2004) (court took judicial notice of three jury verdicts).

26   [5] A court may take judicial notice of declarations and exhibits attached to declarations. *In re Copper Mountain*, 311 F. Supp. 2d at 864  (court took judicial notice of declarations and their exhibits); *see*
27   *also In re LeapFrog Enters., Inc. Sec. Litig.*, 527 F. Supp. 2d 1033 (N.D. Cal. 2007) (court took judicial notice of exhibits attached to a declaration, which included press releases, earnings calls
28   transcripts and analyst reports referenced in complaint).

P'S REQUEST FOR JUDICIAL NOTICE ISO MOT.
FOR PARTIAL SUMMARY JUDGMENT                    CASE NO. C 08-02029 CRB

- This Court's Jury Instructions in the matter of *United States v. Reyes*, No. CR 06-00556 CRB, in the United States District Court, Northern District of California, San Francisco Division, given on July 30, 2007 (Docket No. 543), attached to the Declaration as Exhibit Q.

- Judgment in the matter of *United States v. Reyes*, No. CR 06-00556 CRB, filed on January 17, 2008 in the United States District Court, Northern District of California, San Francisco Division (Docket No. 813), attached to the Declaration as Exhibit R.

- APERS' Notice of Motion and Motion for Partial Summary Judgment against Defendant Gregory Reyes on Elements (1-4) of Count I in APERS' Amended Consolidated Class Action Complaint, and Memorandum of Points and Authorities filed August 24, 2007 in the matter of *In re Brocade Securities Litigation*, No. 3:05-cv-02042-CRB (N.D. Cal.) (Docket No. 332), attached to the Declaration as Exhibit S.

- Gregory Reyes' Opposition to APERS' Motion for Partial Summary Judgment Against Defendant Gregory L. Reyes on Elements (1-4) of Count I in APERS' Amended Consolidated Class Action Complaint, filed September 21, 2007 in the matter of *In re Brocade Securities Litigation*, No. 3:05-cv-02042-CRB (N.D. Cal.) (Docket No. 366), attached to the Declaration as Exhibit T.

- APERS' Reply to Gregory Reyes' Opposition to APERS' Motion for Partial Summary Judgment Against Defendant Gregory L. Reyes on Elements (1-4) of Count I in APERS' Amended Consolidated Class Action Complaint, filed September 28, 2007 in the matter of *In re Brocade Securities Litigation*, No. 3:05-cv-02042-CRB (N.D. Cal.) (Docket No. 370), attached to the Declaration as Exhibit U.

- The Court's Civil Minutes dated October 12, 2007 (Docket No. 392) and the trial transcript in the matter of *In re Brocade Securities Litigation*, No. 3:05-cv-02042-CRB (N.D. Cal.), attached to the Declaration as Exhibit V.

- Order Granting Motion for Partial Summary Judgment filed May 13, 2008 in the matter of *In re Brocade Securities Litigation*, No. C 05-02042 CRB (N.D. Cal.) (Docket No. 458), attached to the Declaration as Exhibit W.

- Securities and Exchange Commission's Notice of Motion and Motion for Summary Judgment against Defendants Reyes and Jensen, filed May 9, 2008 in the matter of *Securities & Exchange Commission v. Reyes et al.*, No. C-06-04435 CRB (N.D. Cal.) (Docket No. 385), attached to the Declaration as Exhibit Y.

- Stipulation and Order Setting Briefing and Hearing Schedule for SEC's Motion for Summary Judgment and Defendant's Motion Under Federal Rule of Civil Procedure 56(f), filed May 28, 2008 in the matter of *Securities & Exchange Commission v. Reyes et al.*, No. C-06-04435 CRB (N.D. Cal.) (Docket No. 392), attached to the Declaration as Exhibit Z.

- 5 -

1    **V.     CONCLUSION**

2          Pursuant to the foregoing authorities, Plaintiff respectfully requests that the Court take

3    judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the documents listed above

4    that are attached as exhibits to the Declaration of Francis A. Bottini, Jr. in Support of Plaintiff's

5    Motion for Partial Summary Judgment Against Defendant Gregory L. Reyes on Count XIV

6    (Declaratory Relief) of Plaintiff's Amended Shareholder Derivative Complaint, filed concurrently

7    herewith.

8    Dated: July 25, 2008                                Respectfully submitted,

9                                                        JOHNSON BOTTINI, LLP
                                                         FRANK J. JOHNSON
10                                                       FRANCIS A. BOTTINI, JR.
                                                         DEREK J. WILSON
11

12                                                       _____/s/ Francis A. Bottini, Jr._____
                                                         FRANCIS A. BOTTINI, JR.
13
                                                         655 W. Broadway, Suite 1400
14                                                       San Diego, CA 92101
                                                         Telephone: (619) 230-0063
15                                                       Facsimile:  (619) 233-5535

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -