1 | JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (174882)
2 | frankj@johnsonbottini.com
FRANCIS A. BOTTINI, JR. (175783)
3 | frankb@johnsonbottini.com
DEREK J. WILSON (250309)
4 | derekw@johnsonbottini.com
655 W. Broadway, Suite 1400
5 | San Diego, CA 92101
Telephone: (619) 230-0063
6 | Facsimile: (619) 233-5535

7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive, <br><br> Defendants, <br><br> and <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C 08-02029 CRB <br><br> (Derivative Action) <br><br> PROOF OF SERVICE <br><br><br> Hearing Date: August 29, 2008 <br> Hearing Time: 10:00 a.m. <br><br> Department: Courtroom 8, 19th Floor <br> Judge: Honorable Charles R. Breyer <br> Date Action Filed: April 18, 2008 |

1  I am employed in the County of San Diego; I am over the age of eighteen years and not a
2  party to the within entitled action; my business address is 655 West Broadway, Suite 1400, San
3  Diego, CA 92101.

4  On July 25, 2008, I served a copy of the following documents:

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES ON COUNT XIV (DECLARATORY RELIEF) OF PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES ON COUNT XIV (DECLARATORY RELIEF) OF PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT;

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES ON COUNT XIV (DECLARATORY RELIEF) OF PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT; and

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES ON COUNT XIV (DECLARATORY RELIEF) OF PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT.

☐ [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Johnson Bottini, LLP, San Diego, California, following ordinary business practices. I am familiar with the firm's practice for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

☐ [BY OVERNIGHT MAIL] I placed each such sealed Federal Express envelope, with a pre-paid airbill attached thereto and delivered the envelope to a Federal Express agent for delivery to the parties listed on the attached Service List.

X  [BY PERSONAL SERVICE] By causing the documents described above to be delivered by hand on this date before 5:00 p.m. to the following parties:

| Nadeem Faruqi | **Attorneys for Plaintiffs, Case No. C 05-02233** |
|---|---|

Adam R. Gonnelli
FARUQI & FARUQI, LLP
369 Lexington Ave., 10th Floor

| | | |
|---|---|---|
| 1 | New York, NY 10017 | |
| 2 | (212) 983-9330 (tel) | |
| 3 | William B. Federman | |
|   | FEDERMAN & SHERWOOD | |
| 4 | 10205 North Pennsylvania Ave. | |
|   | Oklahoma City, OK 73120 | |
| 5 | (405) 235-1560 (tel) | |
| 6 | John C. Dwyer | **Attorneys for nominal defendant** |
| 7 | Grant P. Fondo | **BROCADE COMMUNICATION** |
|   | James M. Penning | **SYSTEMS, INC.** |
| 8 | COOLEY GODWARD KRONISH LLP | |
|   | Five Palo Alto Square, 4th Floor | |
| 9 | 3000 El Camino Real | |
|   | Palo Alto, CA 94306 | |
| 10 | (650) 843-5000 (tel) | |
| 11 | | |
|   | Stephen E. Taylor | **Attorneys for Defendants LARRY SONSINI** |
| 12 | Jessica L. Grant | **and WILSON SONSINI GOODRICH &** |
|   | TAYLOR & COMPANY LAW | **ROSATI, P.C.** |
| 13 |   OFFICES, LLP | |
|   | One Ferry Building, Suite 355 | |
| 14 | San Francisco, CA 94111 | |
| 15 | (415) 788-8200 (tel) | |
| 16 | Ralph C. Ferrara | **Attorneys for the SPECIAL LITIGATION** |
|   | DEWEY & LEBOEUF | **COMMITTEE** |
| 17 | 1101 New York Ave. NW, Suite 100 | |
|   | Washington DC 20005 | |
| 18 | (202) 346-8000 (tel) | |
| 19 | | |
|   | Jack Patrick DiCanio | **Attorneys for defendant GREGORY L.** |
| 20 | Richard Marmaro | **REYES** |
|   | SKADDEN ARPS SLATE MEAGHER & | |
| 21 |   FLOM LLP | |
|   | 300 South Grand Avenue, Suite 3400 | |
| 22 | Los Angeles, CA 90071 | |
| 23 | (213) 687-5000 (tel) | |
| 24 | Robert C. Friese | **Attorneys for defendant KUMAR** |
|   | SHARTSIS FRIESE LLP | **MALAVALLI** |
| 25 | One Maritime Plaza, 18th Floor | |
|   | San Francisco, CA 94111 | |
| 26 | (415) 421-6500 (tel) | |
| 27 | | |
| 28 | | |

- 2 -

PROOF OF SERVICE                                                                                                 CASE NO. C 08-02029 CRB

| | | |
|---|---|---|
| 1 | Alexander M.R. Lyon | **Attorneys for defendant ANTONIO CANOVA** |
| 2 | Norman J. Blears<br>HELLER EHRMAN LLP | |
| 3 | 275 Middlefield<br>Menlo Park, CA 94025 | |
| 4 | (650) 324-7000 (tel) | |
| 5 | Jonathan A. Shapiro | **Attorneys for defendant SETH D. NEIMAN** |
| 6 | WILMER CUTLER PICKERING HALE &<br>    DORR LLP | |
| 7 | 1117 California Avenue<br>Palo Alto, CA 94304 | |
| 8 | (650) 858-6000 (tel) | |
| 9 | Ramiz I. Rafeedie | **Attorneys for defendant NEIL DEMPSEY** |
| 10 | KIRKPATRICK & LOCKHART PRESTON<br>    GATES ELLIS LLP | |
| 11 | 55 Second Street, Suite 1700<br>San Francisco, CA 94105 | |
| 12 | (415) 882-8200 (tel) | |
| 13 | Jan Nielsen Little | **Attorneys for defendant STEPHANIE JENSEN** |
| 14 | KEKER & VAN NEST<br>710 Sansome Street | |
| 15 | San Francisco, CA 94111<br>(415) 391-5400 (tel) | |
| 16 | | |
| 17 | Geoffrey M. Ezgar<br>Robert Martin | **Attorneys for KPMG LLP** |
| 18 | SIDLEY AUSTIN LLP<br>555 California Sreet., Suite 2000 | |
| 19 | San Francisco, CA 94104<br>(415) 772-1200 (tel) | |
| 20 | | |
| 21 | Patrick C. Doolittle | **Attorneys for defendant MICHAEL BYRD** |
| 22 | QUINN EMANUEL URQUHART OLIVER<br> & HEDGES LLP | |
| 23 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065 | |
|    | (650) 801-5000 (tel) | |
| 24 | | |
| 25 | Stephen D. Hibbard<br>SHEARMAN & STERLING LLP | **Attorneys for RICHARD DERALEAU, WILLIAM O'BRIENDAVID HOUSE,** |
| 26 | 525 Market Street, Suite 1500<br>San Francisco, CA 94105 | **GLENN JONES, MICHAEL KLAYKO, L. WILLIAM KRAUSE, NICHOLAS G.** |
| 27 | (415) 616-1174 (tel) | **MOORE, CHRISTOPHER PAISLEY, MICHAEL ROSE, SANJAY VASWANI,** |
| 28 | | **and ROBERT R. WALKER** |

- 3 -

PROOF OF SERVICE                                                                   CASE NO. C 08-02029 CRB

☐ [BY ELECTRONIC MAIL]: My electronic business address is frankb@johnsonbottini.com and I caused such document(s) to be electronically mailed.

☐ [BY ELECTRONIC ACCESS]: Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the Court who will give notification of the filing to all Filing Parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true correct and true. Executed on July 25, 2008, at San Diego, California.

/s/ Francis A. Bottini, Jr.
FRANCIS A. BOTTINI, JR.