IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. BARBOUR, ET AL., | No. C 08-02029 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| GREGORY L. REYES, ET AL., | |
| Defendants. | |

The Special Litigation Committee ("SLC") of the Board of Directors of nominal defendant Brocade Communications Systems, Inc. is ordered to file any amended Complaint and motion to dismiss/stay it wishes to present to the Court by August 1, 2008.

No response to the Plaintiffs' motion for partial summary judgment in this action need be filed until 14 days after the Court rules on any motion to dismiss or stay that the SLC shall file on August 1, 2008.

The parties shall report to the Court for a further Case Management Conference on August 21, 2008 at 8:30a.m.

**IT IS SO ORDERED.**

Dated: July 30, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2029\Complaint Order.wpd