1  DEWEY & LEBOEUF LLP
   Barbara Caulfield
2  bcaulfield@dl.com
   One Embarcadero Center, Suite 400
3  San Francisco, California 94111
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  Ralph C. Ferrara
   rferrara@dl.com
6  Ann Ashton
   aashton@dl.com
7  1101 New York Avenue, N.W., Suite 1100
   Washington, DC 20005
8  Telephone: (202) 346-8000
   Facsimile: (202) 346-8102
9
   Jonathan E. Richman
10 jrichman@dl.com
   1301 Avenue of the Americas
11 New York, New York 10019
   Telephone: (212) 259-8537
12 Facsimile: (212) 259-6333

13 *Attorneys for Brocade*
   *Communications Systems, Inc.*
14
                  UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17 MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Case No. C 08-02029 CRB |
| | REQUEST FOR JUDICIAL NOTICE |
| Plaintiff, | Date: September 19, 2008 |
| vs. | Time: 10:00 a.m. |
| | Court: Hon. Charles R. Breyer |
| GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK | |

28 REQUEST FOR JUDICIAL NOTICE
   CASE NO. C 08-02029 CRB

1  LESLIE, TYLER WALL, RENATO A.
   DIPENTIMA, JOHN W. GERDELMAN,
2  ROBERT D. BOSSI, KPMG, LLP,
   WILSON SONSINI GOODRICH &
3  ROSATI, P.C. AND DOES 1-25, inclusive,

4         Defendants,

5     -and-

6
   BROCADE COMMUNICATIONS
7  SYSTEMS, INC., a Delaware corporation,

8         Nominal Defendant.

Nominal defendant Brocade Communications Systems, Inc. ("Brocade"), hereby requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of certain documents attached to the Declaration of Jonathan E. Richman in Support of Brocade's Motion to Dismiss, or in the Alternative, to Realign and Stay Proceedings, filed concurrently herewith, for the reasons set forth below.

## ARGUMENT

It is well-settled that court proceedings are properly the subject of judicial notice. *In re Homestove.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004). Accordingly, a court may take judicial notice of proceedings, records, and files in this matter and/or other matters, especially when they relate to a case before the court. *United States ex. Rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *see State of Fla. Bd. of Trustees of the Internal Improvement Trust Fund v. Charley Toppino & Sons, Inc.*, 514 F.2d 700, 704 (5th Cir. 1975) (A court may "take judicial notice of related proceedings and records in cases before that court."). A court has "the right to take notice of its own files and records and [has] no duty to grind the same corn a second time." *Aloe Creme Labs., Inc., v. Francine Co.*, 425 F.2d 1295 (5th Cir. 1970) (*per curiam*); *see also Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1025 (N.D. Cal. 2002); *see also In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1159 (C.D. Cal. 2007) ("As it is a record in the court's own filed, it is the proper subject of judicial notice").

Accordingly, Brocade requests that the Court take judicial notice of[1]:

- The June 12, 2008 Transcript of a Case Management Conference in the Lead Action, dated June 12, 2008.

- Brocade's Opposition to Plaintiffs' Motion for Disqualification of Wilson Sonsini Goodrich & Rosati P.C. as counsel, dated May 23, 3005.

- Letter from Ralph C. Ferrara, of Dewey & LeBoeuf LLP, to Hon. Charles R. Breyer, dated April 21, 2008;

- Letter from Ralph C. Ferrara, of Dewey & LeBoeuf LLP, to Hon. Charles

---

[1] The documents listed are attached to the accompanying Declaration of Jonathan E. Richman in Support of Defendant's Motion to Dismiss Plaintiff's Amended Shareholder Complaint.

REQUEST FOR JUDICIAL NOTICE
CASE NO. C 08-02029 CRB

R. Breyer, dated June 9, 2008;

- Brocade's Memorandum of Points and Authorities in Support of Brocade Communication System, Inc.'s Motion to Dismiss the Amended Complaint for Lack of Standing, dated October 27, 2005; Plaintiffs' Memorandum of Points and Authorities in Opposition to Brocade Communication System, Inc.'s Motion to Dismiss the Amended Complaint for Lack of Standing, dated November 29, 2005; and Reply Memorandum in Support of Brocade Communication System, Inc.'s Motion to Dismiss the Amended Complaint for Lack of Standing, dated December 16, 2005;

- The Transcript of the Oral Argument in the Lead Action on Brocade's motion to dismiss for failure to make a demand, dated January 6, 2006.

- This Court's Order granting Brocade's motion to dismiss for failure to make a demand, dated January 6, 2006.

- The Delaware Chancery Court's orders granting realignment in *Gold v. Razmilovic*, CA122-VCL (Del. Ch. 2004), and *Canadian Commercial Workers Industry Pension Plan v. Alden et al.*, No. 1184-VCP (Del Ch. 2007).

## CONCLUSION

Pursuant to the foregoing authorities, Brocade respectfully requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the above-referenced documents that are attached as exhibits to the Declaration of Jonathan E. Richman in Support of Defendant's Motion to Dismiss, or in the Alternative, to Realign the Parties and Stay Proceedings, filed concurrently herewith.

Respectfully Submitted,

Dated: August 1, 2008        By:   /s/ Barbara A. Caulfield
                                   DEWEY & LEBOEUF LLP
                                   One Embarcadero Center, Suite 400
                                   San Francisco, California 94111
                                   Telephone: (650) 845-7000
                                   Facsimile: (650) 845-7333

                                   DEWEY & LEBOEUF LLP
                                   1101 New York Avenue, N.W., Suite 1100
                                   Washington, DC 20005
                                   Telephone: (202) 346-8000
                                   Facsimile: (202) 346-8102

                                   DEWEY & LEBOEUF LLP
                                   1301 Avenue of the Americas

REQUEST FOR JUDICIAL NOTICE
CASE NO. C 08-02029 CRB

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

New York, New York 10019
Telephone: (212) 259-8537
Facsimile: (212) 259-6333

*Attorneys for Brocade*
*Communications Systems, Inc.*

REQUEST FOR JUDICIAL NOTICE
CASE NO. C 08-02029 CRB

3