DEWEY & LEBOEUF LLP
Barbara Caulfield
bcaulfield@dl.com
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Ralph C. Ferrara
rferrara@dl.com
Ann Ashton
aashton@dl.com
1101 New York Avenue, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Jonathan E. Richman
jrichman@dl.com
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8537
Facsimile: (212) 259-6333

*Attorneys for Brocade Communications Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM | Case No. C 08-02029 CRB <br><br> [PROPOSED] ORDER <br><br> Date: September 19, 2008 <br> Time: 10:00 a.m. <br> Court: Hon. Charles R. Breyer |

PROPOSED ORDER
CASE NO. C 08-02029 CRB

| | |
|---|---|
| 1 | K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants, |
| 6 | -and- |
| 7 | BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, |
| 8 | |
| 9 | |
| 10 | Nominal Defendant. |

PROPOSED ORDER
CASE NO. C 08-02029 CRB

# [PROPOSED] ORDER

WHEREAS, Nominal Defendant Brocade Communications Systems, Inc. ("Brocade") has requested this Court to take Judicial Notice of certain documents, pursuant to Rule 201 of the Federal Rules of Evidence; and

The Court, having considered the briefs and other documents in support of and in opposition to the motion, having heard the arguments of counsel, and being fully advised in this matter finds as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED that Nominal Defendant Brocade Communications Systems, Inc.'s Request for Judicial Notice is GRANTED.

IT IS SO ORDERED.

Dated:

_____
The Honorable Charles R. Breyer
United States District Judge

PROPOSED ORDER
CASE NO. C 08-02029 CRB