DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

| | |
|---|---|
| 1 | DEWEY & LeBOEUF LLP |
| 2 | Barbara A. Caulfield (SBN 108999)<br>E-mail: bcaulfield@dl.com |
| 3 | Peter E. Root (SBN 142348)<br>E-mail: proot@dl.com |
| 4 | 1950 University Avenue, Suite 500<br>East Palo Alto, California 94303 |
| 5 | Telephone:    (650) 845-7000<br>Facsimile:    (650) 845-7333 |
| 6 | |
| 7 | DEWEY & LeBOEUF LLP<br>1101 New York Avenue, N.W., Suite 1100 |
| 8 | Washington, DC 20005<br>Telephone:    (202) 346-8000 |
| 9 | Facsimile:    (202) 346-8102 |
| 10 | DEWEY & LeBOEUF LLP |
| 11 | 1301 Avenue of the Americas<br>New York, New York 10019 |
| 12 | Telephone:    (212) 259-8537<br>Facsimile:    (212) 259-6333 |

Attorneys for
BROCADE COMMUNICATIONS SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 08-CV-2029<br>) |
| vs. | )<br>) |
| GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK | ) NOTICE OF APPEARANCE OF<br>) COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

- 1 -

- 2 -

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 08-CV-2029

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD: PLEASE TAKE NOTICE that Barbara A. Caulfield and Peter E. Root hereby enter their appearance as counsel of record for Brocade Communications Systems, Inc. Accordingly, please have future ECF notices sent to:

>Barbara A. Caulfield
>Peter E. Root
>Dewey & LeBoeuf LLP
>1950 University Avenue, Suite 500
>East Palo Alto, CA 94303-2225
>Telephone: (650) 845-7000
>Facsimile: (650) 845-7333

at the email addresses of

>bcaulfield@dl.com

Dated: August 2, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ Barbara A. Caulfield
Barbara A. Caulfield (SBN 108999)
E-mail: bcaulfield@dl.com
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8537
Facsimile: (212) 259-6333

Attorneys for
**BROCADE COMMUNICATIONS SYSTEMS, INC.**