DEWEY & LEBOEUF LLP
Barbara A. Caulfield (SBN 108999)
E-mail: bcaulfield@dl.com
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:    (650) 845-7000
Facsimile:    (650) 845-7333

DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
Washington, DC 20005
Telephone:    (202) 346-8000
Facsimile:    (202) 346-8102

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:    (212) 259-8537
Facsimile:    (212) 259-6333

Attorneys for
BROCADE COMMUNICATIONS SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE,** Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>**GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY** | **Case No. 08-CV-2029**<br><br>**MOTION AND [PROPOSED] ORDER REGARDING LEAVE TO EXCEED PAGE LIMITS** |

| | |
|---|---|
| **SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive,** | ) ) ) ) ) ) |
| **Defendants,** | ) ) |
| -and- | ) ) |
| **BROCADE COMMUNICATIONS SYSTEMS, INC.,** a Delaware corporation, | ) ) ) ) |
| **Nominal Defendant** | ) |

Nominal defendant Brocade Communications Systems, Inc. ("Brocade") respectfully moves pursuant to Local Rule 7-11 for leave to exceed the page limitations specified in Local Rule 7-2 and this Court's Standing Orders dated June 30, 2004.  Specifically, Brocade seeks leave to exceed these page limitations in its opening memorandum of points and authorities in support of its motion to dismiss the amended complaint in this action or, in the alternative, to realign the parties and stay this action, dated August 2, 2008.

The page limit for a memorandum of points and authorities is 25 pages pursuant to Local Rule 7-2 and 15 pages pursuant to the Court's Standing Orders.

Although Brocade has diligently worked to keep its memorandum of points and authorities as brief as possible, the nature of this matter, its relation to already pending litigation in this Court, and the issues raised by plaintiff's amended complaint do not permit Brocade to fully and adequately brief the issues within the page limits set out in the Local Rules and this Court's Standing Orders.  Brocade's memorandum of points and authorities total 50 pages.

WHEREFORE, Brocade respectfully requests that the Court enter an order permitting it to exceed the page limitations set forth in Local Rule 7-2 and this Court's Standing Orders in its

memorandum of points and authorities in support of its motion to dismiss or, alternatively, to realign the parties and stay this action.

Dated: August 3, 2008                              Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ Peter E. Root
Barbara A. Caulfield (SBN 108999)
E-mail: bcaulfield@dl.com
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:   (650) 845-7000
Facsimile:   (650) 845-7333

Attorneys for
**BROCADE COMMUNICATIONS SYSTEMS, INC.**

\*          \*          \*

### ORDER

IT IS SO ORDERED

DATED:_____                              _____
                                                              JUDGE CHARLES BREYER

- 3 -
MOTION FOR LEAVE TO EXCEED PAGE LIMITS
CASE NO.: 08-CV-2029