1  DEWEY & LEBOEUF LLP
   Barbara Caulfield
2  bcaulfield@dl.com
   One Embarcadero Center, Suite 400
3  San Francisco, California 94111
   Telephone:  (650) 845-7000
4  Facsimile:  (650) 845-7333

5  Ralph C. Ferrara
   rferrara@dl.com
6  Ann Ashton
   aashton@dl.com
7  1101 New York Avenue, N.W., Suite 1100
   Washington, DC 20005
8  Telephone:  (202) 346-8000
   Facsimile:  (202) 346-8102

9  Jonathan E. Richman
10 jrichman@dl.com
   1301 Avenue of the Americas
11 New York, New York 10019
   Telephone:  (212) 259-8537
12 Facsimile:  (212) 259-6333

13 *Attorneys for Brocade
   Communications Systems, Inc.*

14
                    UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
16

17 | MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Case No.  C 08-02029 CRB |
   |---|---|
   |   | [PROPOSED] ORDER |
   | Plaintiff, | Date:  September 19, 2008<br>Time:  10 a.m.<br>Courthouse:  Hon. Charles R. Breyer |
   | vs. |   |
   | GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI, ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK |   |

28 PROPOSED ORDER
   CASE NO. C 08-02029 CRB

1 | LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN,
2 | ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH &
3 | ROSATI, P.C. AND DOES 1-25, inclusive,
4 |       Defendants,
5 |   -and-
6 |
7 |       **BROCADE COMMUNICATIONS SYSTEMS, INC.**, a Delaware
8 | corporation,
9 |             Nominal Defendant.

PROPOSED ORDER
CASE NO. C 08-02029 CRB

# [PROPOSED] ORDER

WHEREAS, Nominal Defendant Brocade Communications Systems, Inc. ("Brocade") has moved this Court to dismiss Plaintiff's Amended Verified Shareholder Derivative Complaint, pursuant to Rule 12(b) and 23.1 of the Federal Rules of Civil Procedure; and

WHEREAS certain purported shareholder derivative actions were commenced in this Court beginning in or around June 2005, asserting a variety of claims relating to historical stock option grants and associated accounting practices of Brocade and were thereafter consolidated in the Lead Action; and

WHEREAS the allegations in the instant action are substantially duplicative of those in the Lead Action; and

WHEREAS the consolidated derivative complaint in the Lead Action was dismissed for failure to make a pre-suit demand on the Brocade board or to adequately plead that such a demand was excused, and the plaintiffs in the Lead Action thereafter made a demand on Brocade's board of directors to bring the claims alleged in their complaint; and

WHEREAS Brocade's board of directors formed a special litigation committee ("SLC") consisting of two outside, independent directors and delegated to it plenary authority to decide whether it was in the best interest of the Company and its shareholders to pursue or otherwise resolve the claims raised in the derivative lawsuits and, if so, to pursue or resolve those claims and/or any other Company claims the SLC deemed appropriate relating to, among other things, the derivative lawsuits, Brocade's historical stock options practices, and legal fees and expenses advanced by the Company on behalf of its former and current employees, officers and directors with regard to various associated investigations and court actions; and

WHEREAS the SLC conducted an investigation and determined that Brocade should pursue direct claims against many of the defendants named in this action and not provide an omnibus release to individuals against whom it determined not to proceed at this time, but

PROPOSED ORDER
CASE NO. C 08-02029 CRB
**Error! Unknown document property name.**

rather should take steps to preserve such claims; and

WHEREAS the SLC has determined that the direct claims Brocade intends to prosecute at this time should proceed in the Lead Action; and

WHEREAS the SLC has filed a Second Amended Complaint in the Lead Action alleging the direct claims described above; and

WHEREAS Plaintiff's allegations of demand futility in this action are conclusory, unparticularized and/or immaterial as a matter of law; and

WHEREAS Plaintiff has therefore failed adequately to plead that pre-suit demand was excused; and

WHEREAS, the SLC has determined that, if and to the extent that this action is not dismissed for failure to make a pre-suit demand, (a) Brocade should be realigned as the sole party-plaintiff in this action and substituted for the current shareholder Plaintiff, who shall be dismissed from the case, and (b) the proceedings herein should be stayed in order to preserve Brocade's ability to pursue claims asserted herein as to which it does not intend to proceed at this time, pending further developments in the Lead Action and other related proceedings; and

WHEREAS the Court finds no collusion or evidence that Brocade will not pursue its claims in good faith;

The Court, having considered the briefs and other documents in support of and in opposition to the motion, having heard the arguments of counsel, and being fully advised in this matter finds as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT

1. Nominal Defendant Brocade Communications Systems, Inc.'s Motion to Dismiss Plaintiff's Amended Verified Shareholder Derivative Complaint is GRANTED and the Amended Verified Shareholder Derivative Complaint is dismissed in its entirety, with prejudice.

2. IN THE ALTERNATIVE, this Court orders that (a) the parties are hereby realigned, (b) nominal defendant Brocade is hereby re-designated as the sole

party-plaintiff in this action and substituted for the shareholder Plaintiff herein, who is dismissed from the action, and (c) all proceedings in this action are immediately stayed pending further developments in the Lead Action or until further Order by this Court.

IT IS SO ORDERED.

Dated:

_____
The Honorable Charles R. Breyer
United States District Judge