COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR AS TRUSTEE FOR THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY L. REYES, DAVID L. HOUSE, MICHAEL KLAYKO, RICHARD DERANLEAU, KUMAR MALAVALLI ANTONIO CANOVA, MICHAEL J. BYRD, STEPHANIE JENSEN, NEIL DEMPSEY, SANJAY VASWANI, L. WILLIAM KRAUSE, ROBERT R. WALKER, GLENN C. JONES, MICHAEL J. ROSE, SETH D. NEIMAN, NICHOLAS G. MOORE, CHRISTOPHER B. PAISLEY, WILLIAM K. O'BRIEN, LARRY SONSINI, MARK LESLIE, TYLER WALL, RENATO A. DIPENTIMA, JOHN W. GERDELMAN, ROBERT D. BOSSI, KPMG, LLP, WILSON SONSINI GOODRICH & ROSATI, P.C. AND DOES 1-25, inclusive, <br><br> Defendants, <br> and <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C 08-2029 CRB <br><br> **REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 08-2029 CRB

1  Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems,
2  Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this
3  action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the
4  law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation
5  Committee of the Board of Directors, as counsel of record for Brocade.

6  Brocade consents to, and hereby requests the Court's approval of, the withdrawal of
7  Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's
8  counsel of record in this action.

Dated: 8/04/08, 2008                COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS
SYSTEMS, INC.

Dated: _____, 2008            DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield

Dated: _____, 2008            BROCADE COMMUNICATIONS
                                   SYSTEMS, INC.

_____
Tom MacMitchell

Assistant Secretary and Director of Legal
Affairs, Brocade Communications Systems,
Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.                                 REQUEST FOR WITHDRAWAL AND
                                   SUBSTITUTION OF COUNSEL
                                   C 08-2029 CRB

Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems, Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation Committee of the Board of Directors, as counsel of record for Brocade.

Brocade consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's counsel of record in this action.

Dated: August 1, 2008

COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: August 11, 2008

DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield

Dated: _____, 2008

BROCADE COMMUNICATIONS SYSTEMS, INC.

_____
Tom MacMitchell

Assistant Secretary and Director of Legal Affairs, Brocade Communications Systems, Inc.

Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems, Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation Committee of the Board of Directors, as counsel of record for Brocade.

Brocade consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's counsel of record in this action.

Dated: August 1, 2008

COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: _____, 2008

DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield

BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: AUGUST 1, 2008

_____
Tom MacMitchell

Assistant Secretary and Director of Legal Affairs, Brocade Communications Systems, Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 08-2029 CRB


Case 3:08-cv-02029-CRB    Document 78    Filed 08/05/2008    Page 5 of 5

**IT IS HEREBY ORDERED** that Cooley Godward Kronish LLP is relieved as counsel of record and Dewey & LeBoeuf LLP is substituted as counsel of record for nominal defendant Brocade Communications Systems, Inc.

SO ORDERED this 5th day of August, 2008.



The Honorable Charles R. Breyer
United States District Judge

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that the signatories have concurred in the filing of this REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.

DATED: August 1, 2008        COOLEY GODWARD KRONISH LLP

By: _____
Grant P. Fondo

777375 v1/PA

Attorneys At Law
Palo Alto

3.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 08-2029 CRB