1  DEWEY & LEBOEUF LLP
   Barabara A. Caulfield
2  bcaulfield@dl.com
   Peter E. Root
3  proot@dl.com
   1950 University Avenue, Suite 500
4  East Palo Alto, California 94303
   Telephone:    (650) 845-7000
5  Facsimile:    (650) 845-7333

6  Attorneys for
   BROCADE COMMUNICATIONS SYSTEMS, INC.
7

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | MARY E. BARBOUR, AS TRUSTEE OF         | Case No.  C 08-02029 CRB
   | THE MARY E. BARBOUR FAMILY
12 | TRUST ONE, Derivatively On Behalf of   | **[PROPOSED] ORDER SEALING A**
   | BROCADE COMMUNICATIONS                 | **PORTION OF AMENDED COMPLAINT**
13 | SYSTEMS, INC.,

14              Plaintiff,

15       v.

16 GREGORY L. REYES, *et al*.,

17              Defendants.

18
        - and-
19
   BROCADE COMMUNICATIONS
20 SYSTEMS, INC., a Delaware corporation,

21              Nominal Defendant.

22

23

24

25

26

27

28

                                         **[PROPOSED] ORDER RE SEALING**
                                         **C-08-2029 CRB**

Having considered plaintiff Mary E. Barbour's ("Plaintiff's") Administrative Motion To Lodge A Portion Of Amended Complaint Under Seal, the Declaration of Tom MacMitchell filed by Nominal Defendant Brocade Communications Systems, Inc. ("Brocade") pursuant to Civil Local Rule 79-5(d), and all other papers filed in support of and opposition to the Administrative Motion, and good cause appearing, the Court hereby finds that Brocade has demonstrated good cause for the sealing of the following portions of the Plaintiff's Amended Complaint:

| Amended Complaint ¶ | Page | Line(s) | Starting After The Word(s) | Ending Before The Word(s) |
|---|---|---|---|---|
| 143 | 46 | 24 | for | shares |
| 143 | 47 | 1 | for | shares |
| 146 | 47 | 22 | for | shares |
| 149 | 48 | 17 | grant | options |
| 150 | 48 | 28 | purchase | shares |
| 152 | 49 | 12-13 | for | shares |
| 158 | 50 | 23 | purchase | shares |
| 164 | 52 | 1 | buy | shares |
| 165 | 52 | 5 | to | shares |
| 213 | 72 | 21 | of | Brocade |
| 279 | 112 | 3-5 | window | Thus |

The Court hereby orders that each of these portions of the Plaintiff's Amended Complaint shall be filed under seal.

Dated: _____, 2008

_____
Hon. Charles R. Breyer
U.S. District Court Judge