| | |
|---|---|
| 1 | DEWEY & LEBOEUF LLP |
| | Barabara A. Caulfield |
| 2 | bcaulfield@dl.com |
| | Peter E. Root |
| 3 | proot@dl.com |
| | 1950 University Avenue, Suite 500 |
| 4 | East Palo Alto, California 94303 |
| | Telephone:    (650) 845-7000 |
| 5 | Facsimile:    (650) 845-7333 |
| 6 | Attorneys for |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE OF THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., | Case No.  C 08-02029 CRB |
| | [~~Proposed~~] Order Sealing A Portion Of Amended Complaint |
| Plaintiff, | |
| v. | |
| GREGORY L. REYES, *et al*., | |
| Defendants. | |
| - and- | |
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, | |
| Nominal Defendant. | |

[Proposed] Order Re Sealing
C-08-2029 CRB

Having considered plaintiff Mary E. Barbour's ("Plaintiff's") Administrative Motion To Lodge A Portion Of Amended Complaint Under Seal, the Declaration of Tom MacMitchell filed by Nominal Defendant Brocade Communications Systems, Inc. ("Brocade") pursuant to Civil Local Rule 79-5(d), and all other papers filed in support of and opposition to the Administrative Motion, and good cause appearing, the Court hereby finds that Brocade has demonstrated good cause for the sealing of the following portions of the Plaintiff's Amended Complaint:

| Amended Complaint ¶ | Page | Line(s) | Starting After The Word(s) | Ending Before The Word(s) |
|---|---|---|---|---|
| 143 | 46 | 24 | for | shares |
| 143 | 47 | 1 | for | shares |
| 146 | 47 | 22 | for | shares |
| 149 | 48 | 17 | grant | options |
| 150 | 48 | 28 | purchase | shares |
| 152 | 49 | 12-13 | for | shares |
| 158 | 50 | 23 | purchase | shares |
| 164 | 52 | 1 | buy | shares |
| 165 | 52 | 5 | to | shares |
| ~~213~~ | ~~72~~ | ~~21~~ | ~~of~~ | ~~Brocade~~ |
| 279 | 112 | 3-5 | window | Thus |

The Court hereby orders that each of these portions of the Plaintiff's Amended Complaint shall be filed under seal.   Except as to 213. CRB

Dated: <u>Aug. 11</u>, 2008



_____
Hon. Charles R. Breyer
IT IS SO ORDERED
Judge Charles R. Breyer

1.    [PROPOSED] ORDER RE SEALING
CV-08-2029 CRB