**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 21, 2008**

**C-05-02233 CRB**
       **In re BROCADE COMMUNICATIONS SYSTEMS, INC.**
**C-08-2029CRB**
       **MARY BARBOUR  v GREGORY REYES**

Attorneys:     Ralph Ferrara, Robert Friese, John Raisin, Barbara Caulfield, Jonathan Richman, Mark Umeda, Francis Bottini, Jr., Tim Scott, Michael Celio, Jessica Grant, Richard Phillips, Jeffrey Bornstein, Stephen Hibbard, Marck Beck, Anthony de Corso, Walter Brown, William Keane, Douglas Young, Robert Buehler, Norman Blears, Patrick Doolittle, Jonathan Shapiro, Garrett Waltzer, Dale Allen, Richard Colosimo, Karl Huth

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Belle Ball**

**PROCEEDINGS:**                                                                                           **RULING:**

1.  Further Case Management Conference   - Held

2.

3.

**ORDERED AFTER HEARING:**

 Plaintiff's request to advance hearing date on motion to lift stay is granted.


( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge for: 

(X) CASE CONTINUED TO September 18, 2008 @ 10:00 a.m. for Motion to Lift Stay/Trial Dates Setting

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____  Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: