UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE OF THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>GREGORY L. REYES, *et al*.,<br><br>             Defendants,<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>             Realigned Plaintiff | Case No. C 08-02029 CRB<br><br>**[PROPOSED] ORDER LIFTING STAY**<br><br>Date:     April 17, 2009<br>Time:    10:00 a.m.<br>Dept:    8, 19th Floor<br>Judge:   Hon. Charles R. Breyer |

[PROPOSED] ORDER LIFTING STAY
CASE NO.: C-08-02029 CRB

WHEREAS, this action began as a shareholder derivative suit on behalf of Brocade Communications Systems, Inc. ("Brocade"), in which Brocade then was designated as the nominal defendant;

WHEREAS, by Order dated August 27, 2008, the parties were realigned, with Brocade re-designated as the sole party-plaintiff and substituted for the shareholder plaintiff, and the shareholder plaintiff was dismissed from the action;

WHEREAS, by the same August 27, 2008 Order, this action has been stayed pending further developments in the related action in this Court captioned *In re Brocade Communications Systems, Inc. Derivative Litigation*, No. C05-02233 CRB, and other related proceedings;

WHEREAS, plaintiff Brocade has moved the Court for an Order lifting the stay so that Brocade may file a notice of voluntary dismissal of this entire action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the stay of proceedings is hereby lifted so that plaintiff Brocade may file a notice voluntary dismissal of this entire action without prejudice.

**IT IS SO ORDERED**

Dated: April 8, 2009



The Honorable
United

- 1 -

[PROPOSED] ORDER LIFTING STAY
CASE NO.: C-08-02029 CRB