DEWEY & LEBOEUF LLP
Barbara A. Caulfield (bcaulfield@dl.com) SBN 108999
Peter E. Root (proot@dl.com) SBN 142348
1950 University Avenue, Suite 500
East Palo Alto, California  94303
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
Washington, DC 20005
Telephone:  (202) 346-8000
Facsimile:  (202) 346-8102

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

*Attorneys for Plaintiff
Brocade Communications Systems, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY E. BARBOUR, AS TRUSTEE OF THE MARY E. BARBOUR FAMILY TRUST ONE, Derivatively On Behalf of BROCADE COMMUNICATIONS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY L. REYES, *et al*., <br><br> Defendants, <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, <br><br> Realigned Plaintiff | Case No.  C 08-02029 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Brocade Communications Systems, Inc., by and through the Special Litigation Committee of its Board of Directors, hereby dismisses the above-captioned action in its entirety, and without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

None of the defendants has served or filed an answer or a motion for summary judgment in this action.  Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated:  April 9, 2009                DEWEY & LEBOEUF LLP

By: /s/  Peter E. Root
                Peter E. Root

Attorneys For Plaintiff
BROCADE COMMUNICATIONS SYSTEMS, INC.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO.:  C-08-02029 CRB